**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | **CIVIL ACTION NO. _________** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

**DEFENDANT LIBERTY INSURANCE CORPORATION'S**
**FEDERAL NOTICE OF REMOVAL**

Under 28 U.S.C. §§ 1441 and 1446, Defendant Liberty Insurance Corporation ("Liberty" or "Defendant") files its Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division, on the basis of diversity of citizenship, improper joinder, and respectfully shows the Court the following:

## I. Procedural Background

1. On March 27, 2023, Plaintiffs, Punita K. and Ganesh Ponnadurai ("Ponnadurai" or "Plaintiffs") filed their Original Petition in a case styled *Punita K. and Ganesh Ponnadurai v. Liberty Insurance Corporation,* pending in the 240th Judicial District Court for Fort Bend County, Texas. Liberty was served on April 3, 2023.

2. Liberty files this notice of removal within 30 days of receiving Plaintiffs' Original Petition. *See* 28 U.S.C. § 1446(b). Defendant files this Notice of Removal within one year of Plaintiffs' commencement of this lawsuit. *See id.*

3. All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a).

Attached hereto are copies of the following documents:

- **Exhibit 1:** The State Court's Docket Sheet;
- **Exhibit 2:** Plaintiffs' Original Petition;
- **Exhibit 3:** Citation served on Liberty;
- **Exhibit 4:** Defendant Liberty's Original Answer;
- **Exhibit 5:** List of Parties, Counsel and Other Information.
- **Exhibit 6:** Corporate Disclosures
- **Exhibit 7:** DTPA Notice Letter
- **Exhibit 8:** Certificate of Interested Parties

**II. Bases for Removal**

5. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**A. Plaintiffs and Defendant Liberty are diverse.**

6. Plaintiffs Pinta K. Ponnadurai and Ganesh Ponnadurai are residents of Texas.

7. Defendant Liberty Insurance Corporation is, and was at the time this action was commenced, a company organized under the laws of the State of Illinois with its principal place of business is 175 Berkeley Street, Boston Massachusetts.

8. Thus, this lawsuit is between citizens of different states, and there is complete diversity of citizenship between Plaintiffs and Liberty.

**B. The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction.**

9. This is a civil action in which the amount in controversy exceeds $75,000. Prior to suit being filed Plaintiff sent a DTPA Notice letter alleging the amount owed of $223,346.54. *See*

Exhibit 7. Plaintiffs reiterated that amount in Paragraph 52 of Plaintiffs' petition The Plaintiffs pled an amount in controversy that exceeds the jurisdictional requirements.

### C. This Removal is Procedurally Correct.

10. Liberty received notice of this lawsuit on April 3, 2023. Thus, Liberty is filing this Notice within the 30-day time period required by 28 U.S.C. § 1446(b).

11. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because i) this District and Division include the county in which the state action has been pending, and ii) a substantial part of the events giving rise to Plaintiffs' claims allegedly occurred in this District and Division.

12. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

13. Promptly after Liberty files this Notice of Removal, written notice of the filing will be given to Plaintiffs pursuant to 28 U.S.C. §1446(d).

14. Promptly after Liberty files this Notice of Removal, a true and correct copy of same will be filed with the Clerk of the Fort Bend County District Court pursuant to 28 U.S.C. §1446(d).

## Conclusion

Based upon the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Defendant, Liberty Insurance Corporation, hereby removes this case to this Court for trial and determination.

Respectfully submitted,

*/s/ J. Mark Kressenberg*

**J. MARK KRESSENBERG**
State Bar No. 11725900
mkressenberg@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
One Riverway, Suite1400
Houston, Texas 77056
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

**KOLBY J. KELLER**
State Bar No.:24119382
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT**
**LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of April 2023, a true and correct copy of the foregoing document was delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Chad T. Wilson
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432
281-940-2137 – Fax
cwilson@cwilsonlaw.com

*/s/ Kolby J. Keller*
Kolby J. Keller