# REGISTER OF ACTIONS
## CASE NO. 23-DCV-302556

**Punita K. and Ganesh Ponnadurai V. Liberty Insurance Corporation** § § § § §

| | |
|---|---|
| Case Type: | **Contract - Consumer/Commercial/Debt** |
| Date Filed: | **03/27/2023** |
| Location: | **240th District Court** |

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant or Respondent** | **Liberty Insurance Corporation**<br>Austin, TX 78701-3218 | **J Mark Kressenberg**<br>*Retained*<br>713-403-8200(W) |
| **Plaintiff or Petitioner** | **Ponnadurai, Ganesh** | **Chad T Wilson**<br>*Retained*<br>832-415-1432(W) |
| **Plaintiff or Petitioner** | **Ponnadurai, Punita K.** | **Chad T Wilson**<br>*Retained*<br>832-415-1432(W) |

### EVENTS & ORDERS OF THE COURT

OTHER EVENTS AND HEARINGS

| | |
|---|---|
| 03/27/2023 | **Petition** **Index # 1**<br>*Plaintiffs' Original Petition, Jury Demand, and Request for Disclosure* |
| 03/27/2023 | **Request** **Index # 2**<br>*Request for Process* |
| 03/27/2023 | **Jury Demand** **Index # 3** |
| 03/28/2023 | **Issuance** **Index # 4**<br>*Citation Issued to Liberty Insurance Corpration* |
| 03/28/2023 | **Citation**<br>*E-service*<br>Liberty Insurance Corporation Served 04/03/2023<br>Returned 04/10/2023 |
| 04/10/2023 | **Officers Return** **Index # 5**<br>*Citation Return for Liberty Insurance Corporation Served 04-03-23* |
| 04/24/2023 | **Answer/Contest/Response/Waiver** **Index # 6**<br>*Defendant Liberty Insurance Corporation's Original Answer* |

### FINANCIAL INFORMATION

**Plaintiff or Petitioner** Ponnadurai, Punita K.

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 368.00 |
| | Total Payments and Credits | | | 368.00 |
| | **Balance Due as of 04/25/2023** | | | **0.00** |
| 03/27/2023 | Transaction Assessment | | | 368.00 |
| 03/27/2023 | E-filing | Receipt # 2023-11538-DCLK | Ponnadurai, Punita K. | (231.00) |
| 03/27/2023 | State Credit | | | (137.00) |

**EXHIBIT**
**1**