CSC

**null / ALL**
**Transmittal Number: 26677653**
**Date Processed: 04/04/2023**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Bruce Buttaro; Hm Office Lgl SOP Paralegal<br>Liberty Mutual Insurance Company<br>175 Berkeley St<br>Boston, MA 02116-5066 |

| | |
|---|---|
| **Entity:** | Liberty Insurance Corporation<br>Entity ID Number 2538339 |
| **Entity Served:** | Liberty Insurance Corporation |
| **Title of Action:** | Punita K. Ponnadurai vs. Liberty Insurance Corporation |
| **Matter Name/ID:** | Punita K. and Ganesh Ponnadurai vs. Liberty Insurance Corporation (13494289) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Fort Bend County District Court, TX |
| **Case/Reference No:** | 23-DCV-302556 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 04/03/2023 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Chad T. Wilson Law Firm PLLC<br>832-415-1432 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**EXHIBIT**
**3**

SERVICE FEE NOT COLLECTED
BY DISTRICT CLERK

THE STATE OF TEXAS

CITATION

**TO: LIBERTY INSURANCE CORPORATION**
**C/O CORPORATION SERVICE COMPANY**
**211 EAST 7TH STREET SUITE 620**
**AUSTIN TX 78701-3218**

**NOTICE:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFFS' ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE** filed on **March 27, 2023**, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

The case is presently pending before the **240TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **23-DCV-302556** and is styled:

**PUNITA K. AND GANESH PONNADURAI V. LIBERTY INSURANCE CORPORATION**

The name and address of the attorney for **PLAINTIFF(S)** is:

**CHAD T WILSON**
**CHAD T WILSON LAW FIRM PLLC**
**455 EAST MEDICAL CENTER BLVD SUITE 555**
**WEBSTER TX 77598**
**832-415-1432**

The nature of the demands of said **PLAINTIFF(S)** is shown by a true and correct copy of the **PLAINTIFFS' ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 28th day of March, 2023.**

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: Ashley Alaniz
**Deputy District Clerk** ASHLEY ALANIZ
**Telephone:** (281) 238-3276

DISTRICT COURT OF FORT BEND COUNTY, TEXAS

**SERVICE**

**23-DCV-302556** **240th Judicial District Court**
**Punita K. and Ganesh Ponnadurai V. Liberty Insurance Corporation**

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the ________ day of __________________________, 20__, at _____ o'clock ___M. Executed at ________________________________________________, within the County of _____________________ _________________________, at ____o'clock ___M. on the ________ day of ___________________________, 20__, by delivering to the within named __________________________________________________________ ______, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving ___ citation at $80.00 each $_________________

____________________________________________
Name of Officer or Authorized Person

________________________________County, Texas

By:_________________________________________
Signature of Deputy or Authorized Person

*State day and hour and place of serving each person.

---

**<u>COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.</u>**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is ____________________________________________________________________________,
(First, Middle, Last)

my date of birth is_____________________, and my address is __________________________________________
(Street, City, Zip)

________________________________________________________________________________."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____________________________ County, State of __________________________, on the ________ day of _________________________________.

____________________________________________
Declarant / Authorized Process Server

____________________________________________
(Id # & expiration of certification)

## SERVICE

Citation issued to Liberty Insurance Corporation on 3/28/2023.