**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | **CIVIL ACTION NO. _________** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

**LIST OF PARTIES AND COUNSEL**

1. **PLAINTIFFS PUNITA K. AND GANESH PONNADURAI**
Chad T. Wilson
Bar No. 24079587
Jay Scott Simon
Bar No. 24008040
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432
281-940-2137 – Fax
cwilson@cwilsonlaw.com
jsimon@cwilsonlaw.com

2. **DEFENDANT LIBERTY INSURANCE CORPORATION**
**J. MARK KRESSENBERG**
State Bar No. 11725900
mkressenberg@thompsoncoe.com
**Thompson, Coe, Cousins & Irons, L.L.P.**
One Riverway, Suite1400
Houston, Texas 77056
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

**KOLBY J. KELLER**
State Bar No.:24119382
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor



**EXHIBIT 5**

Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**PARTIES TO THE CASE:**

1. Punita K. Ponnadurai and Ganesh Ponnadurai – Plaintiff
2. Liberty Insurance Corporation– Defendant

**STATUS OF THE CASE:**

This case is presently still pending. There are no motions pending with the State Court.

**JURY DEMAND:**

Plaintiffs did request jury trial in Plaintiffs' Original Petition. Defendant will file their Jury Demand in this Court.

**STATE COURT INFORMATION:**

240th Judicial District of Fort Bend County, Texas
301 Jackson Street,
Richmond, Texas 77469