**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | **CIVIL ACTION NO. _________** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

**DEFENDANT LIBERTY INSURANCE CORPORATION'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Liberty Insurance Corporations and hereby files its Rule 7.1, F.R.C.P. Corporate Disclosure Statement and states as follows:

1. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
2. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
3. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.
4. Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Corporation.

**EXHIBIT**
**6**

Respectfully submitted,

*/s/ J. Mark Kressenberg*

**J. MARK KRESSENBERG**
State Bar No. 11725900
mkressenberg@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
One Riverway, Suite1400
Houston, Texas 77056
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

**KOLBY J. KELLER**
State Bar No.:24119382
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT
LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of April 2023, a true and correct copy of the foregoing document was delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Chad T. Wilson
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432
281-940-2137 – Fax
cwilson@cwilsonlaw.com

*/s/ Kolby J. Keller*
Kolby J. Keller