CSC

**LYN / ALL**
**Transmittal Number: 26234985**
**Date Processed: 01/19/2023**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Bruce Buttaro; Hm Office Lgl SOP Paralegal<br>Liberty Mutual Insurance Company<br>175 Berkeley St<br>Boston, MA 02116-5066 |

| | |
|---|---|
| **Entity:** | Liberty Insurance Corporation<br>Entity ID Number 2538339 |
| **Entity Served:** | Liberty Insurance Corporation |
| **Title of Action:** | Punita K. Ponnadurai vs. Liberty Insurance Corporation |
| **Matter Name/ID:** | Punita K. Ponnadurai vs. Liberty Insurance Corporation (13494289) |
| **Document(s) Type:** | Notice |
| **Nature of Action:** | Contract |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 01/19/2023 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | Liberty Mutual on 01/19/2023 |
| **How Served:** | Client Direct |
| Sender Information: | Chad T. Wilson Law Firm, PLLC<br>832-415-1432 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**EXHIBIT**
**7**

# FAX

| | |
|---|---|
| **Date:** | 01/16/2023 |

| | |
|---|---|
| Pages including cover sheet: | 4 |

| | |
|---|---|
| **To:** | |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | |
| ***Fax Phone*** | *(603) 422-7900* |

| | | |
|---|---|---|
| **From:** | Chad T. Wilson | |
| | Chad T. Wilson Law Firm PLLC | |
| | 455 E Medical Center Blvd #555 | |
| | Webster | |
| | TX | 77598 |
| | | |
| ***Phone*** | 18324151432 | |
| ***Fax Phone*** | 12819402137 | |

NOTE:

044782174-01; Ponnadurai, Punita & Ganesh_Pre-Suit Notice

CHAD T. WILSON
LAW FIRM, PLLC

January 16, 2023

Liberty Insurance Corporation
P.O. Box 5014,
Scranton, Pennsylvania 18505-5014
Attn: Legal Department

VIA FAX: (603) 422-7900

| | | |
|---|---|---|
| RE: | Policy Number: | H3729860412240 |
| | Claim Number: | 044782174-01 |
| | Insured: | Punita K. and Ganesh Ponnadurai |
| | Policy Start Date: | December 06, 2020 |
| | Policy End Date: | December 06, 2021 |
| | Loss Location: | 22514 Crescent Cove Court, Katy, Texas 77494 |

Dear Liberty Insurance Corporation:

This firm has been retained by Punita K. and Ganesh Ponnadurai in a claim for benefits and protections afforded by your policy of insurance and to enforce our client's rights under the law. As a step in the process, we are informing you that in handling the insured's claim under the insurance policy, you committed several acts and/or omissions that were **unfair**, **deceptive**, and in violation of Texas Insurance Code Title 5 Subtitle C, as we will describe in further detail in this letter. This letter is intended to comply with our clients' obligations to provide notice under the Deceptive Trade Practices Act and Texas Insurance Code Chapters 541 and 542A and any other applicable statute requiring advance notice of suit.[1]

As you know, from our client having previously notified you of the facts giving rise to the loss, and from the claim having been properly and timely submitted to you, the insured's premises suffered damage as a result of the catastrophic freeze experienced in the Katy, Texas area during the policy period. You assigned this claim a date of loss of February 16, 2021. Following receipt of the claim, you engaged in the following unfair settlement practices:

1) You have refused to pay this claim without conducting a reasonable investigation of the claim. The insured property has extensive and obvious freeze related damage to the interior of our clients home including the formal dining, half bath, kitchen-breakfast area, office, hall, laundry room, hall 2, family room, master bedroom, master closet left side, master closet right side, master bathroom, master water closet, stairs, living room, game room,

[1] Irrespective of this, it is our contention that the provisions of Texas Insurance Code 542A do not apply to this cause of action as damages arising from a freeze are not "forces of nature" as defined by the statute.



www.cwilsonlaw.com

**Houston:**
455 East Medical Center Boulevard, Suite 555
Webster, Texas 77598
Office: 832-415-1432 Fax: 281-940-2137

**Denver:**
1001 Bannock Street, Suite 239
Denver, Colorado 80204
Office: 303-495-3999

CHAD T. WILSON
LAW FIRM, PLLC

bedroom 3, Jack/Jill bathroom, vanity area bedroom 3, hallway, bathroom, bedroom 2, landing, bedroom 4, vanity area bedroom 4, closet bedroom 4, and bedroom 3 closet area of the home and the payments afforded were grossly deficient. You have also not afforded appropriate coverage for contents damages and Additional Living Expenses despite requests being made for same.

2) You failed to provide promptly to the insured a reasonable explanation of the factual and legal basis in the policy for denial/underpayment of the claim. You and/or your agent(s) made, directly or indirectly causing to be made, an assertion, representation, or statement with respect to insurance that was untrue, deceptive, or misleading.

3) You failed to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim when liability has become clear.

We request that you preserve all documents, correspondence, recordings, etc. that relate to this matter. Please do not dispose of any of this material, as we expect that it will be both discoverable and admissible in any litigation that may arise. Failure to preserve this material will result in a request for a spoliation instruction at any trial in this matter and may ultimately be considered by a court as an attempt to destroy evidence.

If we are required to file suit in this matter please take notice that we intend to include as party defendants in the lawsuit the following persons defined in Texas Insurance Code Sections 541.002 or 542A.001(1), Liberty Insurance Corporation and Nicholas D. Lenoir.

Your conduct and your refusal to honor your obligations under the policy of insurance and the laws of this state have caused my client to suffer damages. Based on the information now available to us, and for the purposes of this notice, we estimate the damages and expenses are as follows:

1) $223,346.54 for the replacement cost value of the damaged property, and contents, plus any Additional Living Expenses incurred/estimated for during the repairs, less the deductible, prior payments and policy provisions governing the payment of replacement cost;

2) $29,016.24 in Interest that applies to this loss as per Texas Insurance Code;

3) $100,000.00 for extra-contractual damages, including mental anguish; and

4) $2,710.00 as reasonable and necessary attorney's fees (calculated by multiplying the number of hours actually worked by an hourly rate that is customary for similar legal



www.cwilsonlaw.com
**Houston:**
455 East Medical Center Boulevard, Suite 555
Webster, Texas 77598
Office: 832-415-1432 Fax: 281-940-2137
**Denver:**
1001 Bannock Street, Suite 239
Denver, Colorado 80204
Office: 303-495-3999

CHAD T. WILSON
LAW FIRM, PLLC

services as reflected in contemporaneously kept time records) for time expended to date in assisting our client in this matter.

We reserve the right to adjust these amounts to conform to the information and evidence that may be available to us at the time of trial if litigation becomes necessary.

Should this matter proceed to litigation, we shall request the trier of fact to compensate Plaintiff $213,726.24 which represents the total amount in controversy at this time. That is, all monetary damages including actual damage, penalty and interest and reasonable and necessary attorney's fees for time expended in assisting our client in this matter through resolve.

At this time, we trust that this matter can be resolved in a prompt, fair, and equitable manner, without the need for further legal action. We intend to refrain from serving you with a lawsuit for the statutory notice period unless payment is received or otherwise directed by you.

We invite you to make an offer to settle this claim during this period. However, if you fail to respond with an acceptable offer of settlement, we will have no alternative but to serve the lawsuit for all actual damages, including compensation for mental anguish, and for all expenses and fees to which our client is entitled, together with all other damages and penalties for which you may be liable. Your prompt attention to this matter will be appreciated, and we ask that you direct your response or any other communications concerning this matter to me.

Sincerely yours,

Chad T. Wilson
Texas State Bar No. 24079587
CWilson@cwilsonlaw.com

cc: Punita K. and Ganesh Ponnadurai
22514 Crescent Cove Court
Katy, Texas 77494



www.cwilsonlaw.com

**Houston:**
455 East Medical Center Boulevard, Suite 555
Webster, Texas 77598
Office: 832-415-1432 Fax: 281-940-2137

**Denver:**
1001 Bannock Street, Suite 239
Denver, Colorado 80204
Office: 303-495-3999

## Doty, Britany

**From:** Legal-Service of Process Paralegal <LegalService_of_Proc@LibertyMutual.com>
**Sent:** Thursday, January 19, 2023 9:48 AM
**To:** LibertySOP
**Subject:** FW: claim #044782174
**Attachments:** 01-16-23 - Complaint - Chad Wilson.pdf

Please upload to Litigation AS.

Thank you,
Lori