**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION NO. _________** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Liberty Insurance Corporation hereby files this Certificate of Interested Parties. Defendant hereby informs the Court that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities may be financially interested in the outcome of this litigation:

1. Plaintiffs Punita K. and Ganesh Ponnadurai;

2. Counsel for Plaintiff:

   Chad T. Wilson
   Jay Scott Simon
   Chad T. Wilson Law Firm, PLLC
   455 East Medical Center Blvd., Suite 555
   Webster, Texas 77598
   832-415-1432
   281-940-2137 – Fax
   cwilson@cwilsonlaw.com
   jsimon@cwilsonlaw.com



**EXHIBIT**
**8**

3. Defendant Liberty Insurance Corporation

Respectfully submitted,

*/s/ J. Mark Kressenberg*

**J. MARK KRESSENBERG**
State Bar No. 11725900
mkressenberg@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
One Riverway, Suite1400
Houston, Texas 77056
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

**KOLBY J. KELLER**
State Bar No.:24119382
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT**
**LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of April 2023, a true and correct copy of the foregoing document was delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Chad T. Wilson
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432
281-940-2137 – Fax
cwilson@cwilsonlaw.com

*/s/ Kolby J. Keller*
Kolby J. Keller