**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545-JURY** |
| **V.** | § | |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

## CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Order for Conference and Disclosure of Interested Parties, which was entered upon filing of the petition for removal of this action.

On May 4, 2023, I served copies of Judge Alfred H. Bennett's Court Procedures and Practices and the Order for Conference and Disclosure of Interested Parties on all other parties.

| | |
|---|---|
| May 4, 2023 | ***/s/Kolby J. Keller*** |
| Date | Attorney for Defendant |