IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PUNITA K. AND GANESH PONNADURAI, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-01545 |
| | § | (JURY) |
| LIBERTY INSURANCE CORPORATION, | § | |
| | § | |
| *Defendant,* | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs certify to the following regarding all entities who are financially interested in the outcome of this litigation:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None other than Liberty Insurance Corporation.

**A complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Plaintiffs, Punita K. and Ganesh Ponnadurai, c/o the Chad T. Wilson Law Firm, PLLC;
2. Counsel for Plaintiff, Chad T. Wilson and Jay Scott Simon;
3. Defendant, Liberty Insurance Corporation; and
4. Counsel for Defendant Liberty Insurance Corporation, J. Mark Kressenburg and Kolby J. Keller.

The undersigned hereby certify the information contained in the foregoing disclosure of interested parties is true and correct.

Respectfully submitted,

By: *<u>/s/ Jay Scott Simon</u>*

Chad T. Wilson
Southern Bar No. 2246983
Bar No. 24079587
Jay Scott Simon
Southern Bar No. 31422
Bar No. 24008040
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEY FOR PLAINTIFF

**<u>CERTIFICATE OF FILING AND SERVICE</u>**

I hereby certify that on May 12, 2023, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

THOMPSON, COE, COUSINS & IRONS, L.L.P.

J. Mark Kressenberg
mkressenberg@thompsoncoe.com
One Riverway, Suite1400
Houston, Texas 77056
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

Kolby J. Keller
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

ATTORNEYS FOR DEFENDANT

<u>/s/ *Jay Scott Simon*</u>