IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PUNITA K. AND GANESH PONNADURAI, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-01545 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF SERVICE OF PLAINTIFFS' RULE 26 (A)(2) EXPERT DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Punita K. and Ganesh Ponnadurai, and shows the court that on November 10, 2023, Plaintiff emailed *Plaintiff's Rule 26(A)(2) Expert Disclosures* and bates-labeled production documents to Defendant in the above referenced matter.

Respectfully Submitted,

By: */s/ Jay Scott Simon*

Chad T. Wilson
Southern Bar No. 2246983
Bar No. 24079587
Jay Scott Simon
Southern Bar No. 31422
Bar No. 24008040
455 Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 10, 2023, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

THOMPSON, COE, COUSINS & IRONS, L.L.P.

J. Mark Kressenberg
mkressenberg@thompsoncoe.com
One Riverway, Suite1400
Houston, Texas 77056
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

Kolby J. Keller
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

ATTORNEYS FOR DEFENDANT

*/s/ Jay Scott Simon*