United States District Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Punita K. Ponnadurai, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:23–cv–01545 |
| | § | |
| Liberty Insurance Corporation | § | |

# SCHEDULING ORDER

| | |
|---|---|
| 1. Passed | **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**<br>Party requesting joinder will furnish a copy of this scheduling order to new parties. |
| | **EXPERTS** |
| 2a. Passed | Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| 2b. December 7, 2023 | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| 3. February 8, 2024 | **DISCOVERY**<br>Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post–deadline discovery. |
| 4. February 8, 2024 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement. |

**JOINT PRETRIAL ORDER**

5a. April 12, 2024 — THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. April 26, 2024 — THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. May 10, 2024 — **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7. May 13, 2024 — **TRIAL** is set at 9:00 a.m. in Courtroom 9A. Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on November 16, 2023, at Houston, Texas.

Alfred H. Bennett
United States District Judge