**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, the undersigned defense counsel and files this Notice of Change of Address for J. Mark Kressenberg as follows to be updated accordingly effective immediately.

Thompson, Coe, Cousins & Irons, LLP
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027

All telephone numbers and e-mail addresses remain the same. Please update your records accordingly.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By:*/s/J. Mark Kressenberg*

J. Mark Kressenberg
SBN: 11725900
mkressenberg@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
and
Kolby J. Keller
SBN: 24119382

kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT,**

**CERTIFICATE OF SERVICE**

This is to certify that on the 17th day of January, 2024, a true and correct copy of the foregoing was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ J. Mark Kressenberg*
J. Mark Kressenberg