**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |

**DECLARATION OF KOLBY J. KELLER**

**1.** I, Kolby J. Keller declare, and state as follows, in accordance with section 28 U.S.C. § 1746.

**2.** I am a counsel of record for Liberty Insurance Corporation ("Liberty"). I have the authority to and have been authorized to make this affidavit on behalf of Liberty. I am of sound mind, over the age of 21 years, have never been convicted of a felony or crime of moral turpitude and am competent to make this affidavit. Further this affidavit is true and correct based on my personal knowledge of the matters set forth herein.

**3.** The attached are records from the claim file provided to me by Liberty bearing claim number 044782174 for Punit K. Ponnadurai and Ganesh Ponnadurai's claim filed with Liberty. **Exhibit A-1, A-2 & A-3** attached to this Declaration, are reproductions of the originals or exact duplicates of the original which have been produced in this case. These records are true and correct copies from the litigation file of Liberty Insurance Corporation maintained by Thompson, Coe, Cousins & Irons, LLP for the above-captioned matter. It is the business of Thompson Coe to maintain such records; the records were created at or near the time by persons with knowledge; they are records made as part of the regular business activity of Thompson Coe

EXHIBIT A

and were made in the regular course of business of Thompson Coe's representation of Liberty Insurance Corporation in this matter. Furthermore,

**4.** My name is J. Mark Kressenberg. My date of birth is August 14, 1994 and my address is 700 North Pearl Street, Floor 25, Dallas, Texas 75201, United States. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2024 in Dallas County, Texas.

Kolby J. Keller