Liberty Mutual Insurance

350 E. 96th Street
Indianapolis, IN 46240

February 2, 2023

Dherinder Singh Rawat
175 Berkeley Street
Boston, MA 02116

| | |
|---|---|
| Insured Name: | Ganesh Ponnadurai<br>Punita K Ponnadurai |
| Policy Number: | H3729860412240 |
| Claim ID: | 044782174 |
| Date of Loss: | 02/16/2021 |
| Policy Effective: | 12/16/2020 |

I hereby certify that the attached is a true and accurate copy of the documents requested for the policy listed above as maintained by the Liberty Insurance Corporation in the usual and customary course of its business.

Devin Parker
Policy Copy Support

DP
Enclosures

**Questions about your Policy?**
Call 1-281-392-4333 or
1-800-913-8216

**Policy Number:**
H37-298-604122-40 0 8

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims

**ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

# Policy Declarations

Total 12 Month Premium:* $6,734.00

**Save an estimated $60 annually by switching to Paid-in-Full or $36 by switching to Electronic Funds Transfer**

Policy Declarations

**Bill Frequency: Monthly** **Installment Fee Per Payment: $5.00**
*Total 12 month policy premium above does not include installment fees.

Your discounts and benefits have been applied. Includes state sales tax and local surcharge where applicable.

Through your affiliation with the Lifetime Healthcare Companies your policy includes special group savings on your home insurance.

## Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Ganesh Ponnadurai<br>Punita K Ponnadurai | Policy Number: | H37-298-604122-40 0 8 |
| Mailing Address: | 22514 Crescent Cove Ct<br>Katy TX 77494-8217 | Policy Period: | 12/16/2020-12/16/2021 12:01 a.m. standard time at the address of the Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 12/16/2020 |

## DISCOUNTS AND BENEFITS SECTION

Your discounts and benefits have been applied to your total policy premium.

- Inflation Protection Discount
- Paperless Policy Discount
- Liberty Mutual Advantage®
  Lifetime Healthcare Companies
- Basic Home Safety
- Smart Home
  - Theft Protection
  - Fire Protection
- Claims Free Discount

**Want to Add a Coverage?**
Call 1-281-392-4333 or 1-800-913-8216 to talk to your agent about the availability of this coverage and whether it meets your needs.

**Policy Number:**
H37-298-604122-40 0 8

**Report a Claim:**
1-800-2CLAIMS or LibertyMutual.com/Claims

Liberty Mutual INSURANCE

# Coverage Information

### Standard Policy

| SECTION I COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling | $ | 435,000 | |
| B. Other Structures on Insured Location | $ | 43,500 | |
| C. Personal Property | $ | 326,260 | |
| D. Loss of Use of Insured Location | $ | 87,000 | |

**POLICY DEDUCTIBLES - SECTION I**

NOTE: The dollar amount of each percentage deductible is calculated by multiplying the Coverage A, B or C limit of liability shown in your Declarations by the deductible percentage amount. As a result, the calculated dollar amount of each percentage deductible will increase if the Coverage A, B or C limit of liability increases and will decrease if the Coverage A, B or C limit of liability decreases. The Inflation Protection Endorsement, FMHO 2835 or FMHO 660 may increase or decrease your Section I deductibles.

Losses covered under Section I are subject to a deductible of 1%: $4,350

If losses are a result of Wind/Hail they are subject to a deductible of 1%: $4,350

If losses are a result of a Named Storm they are subject to a deductible of 2%: $8,700

**Roof Loss Settlement**

| SETTLEMENT TYPE | YR OF INSTALLATION | SURFACING MATERIAL | LOSS PERCENTAGE |
|---|---|---|---|
| Roof Payment Schedule | 1999 | Composition | 37% |

SPECIAL NOTE: The above Roof Loss Settlement information applies to Coverage A. Roof structures under Coverage B are subject to the Roof Surfacing Loss Percentage table as shown in your policy contract.

*If Roof Payment Schedule is shown in your Declarations, any applicable Deductible will be applied after the Roof Payment Settlement Loss Percentage is applied.

| **Total Standard Policy** | **$** | **6,653** |
|---|---|---|

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| CREDIT CARD, FUND TRANSFER CARD, FORGERY $1,000 | | | $ 0 |
| Coverage C increased limit | | | $ 81 |

**Total 12 Month Policy Premium:** $6,734.00

**Questions about your Policy?**
Call 1-281-392-4333 or
1-800-913-8216

**Policy Number:**
H37-298-604122-40 0 8

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims

Liberty Mutual INSURANCE

**Policy Forms and Endorsements:** The following forms and endorsements are applicable to your policy

LibertyGuard® Deluxe Homeowner Policy (HO 00 03 10 00)

Protective Devices (FMHO 4172 1014)

Roof Payment Schedule - Texas (FMHO4176TX 0520)

Named Storm Deductible (FMHO 4170 0714)

No SecII/Limit I-Day Care (HO 04 96 10 00)

Arson Reward (FMHO-993)

Credit Card, Fund Transfer Card, Forgery (HO 04 53 10 00)

Special Provisions - Texas (FMHO6100TX 1017)

Windstorm or Hail Deductible (FMHO 3366 0815)

Inflation Protection (FMHO-2835 11 03)

Waiver Of Ded-Theft (FMHO 3160 0815)

**Important Messages**

**Flood Insurance:** Your Homeowners policy **does not** provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.

**Hail/Windstorm Deductible and Named Storm Deductible**: This policy contains separate deductibles for windstorm/hail losses and named storm losses. This may result in higher out of pocket expenses. Your deductible will be listed with your Standard Policy in the Policy Deductibles section.

LibertyGuard® Deluxe Homeowners Policy Declarations provided and underwritten by Liberty Insurance Corporation (a stock insurance company), Boston, MA.

**David H. Long**
President

**Mark C. Touhey**
Secretary

This policy, including endorsements listed above, is countersigned by:

**Hamid Mirza**
Authorized Representative

Liberty Mutual.
INSURANCE

# LibertyGuard Deluxe Homeowners Policy

Please read your policy and each endorsement carefully.

**To serve you best…**

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

**THIS POLICY IS NON ASSESSABLE**

Liberty Mutual. INSURANCE

# LIBERTYGUARD DELUXE HOMEOWNERS POLICY
# HO 00 03 EDITION 10 00

**TABLE OF CONTENTS** Page


Agreement ........ 1
Definitions ........ 1-2
**SECTION I - PROPERTY COVERAGES**
Coverage A Dwelling ........ 3
Coverage B Other Structures ........ 3
Coverage C Personal Property ........ 3-5
Coverage D Loss of Use ........ 5
Additional Coverages ........ 5
Debris Removal ........ 5
Reasonable Repairs ........ 5-6
Trees, Shrubs and Other Plants ........ 6
Fire Department Service Charge ........ 6
Property Removed ........ 6
Credit Card, Fund Transfer Card, Forgery and Counterfeit Money ........ 6-7
Loss Assessment ........ 7
Collapse........ 7
Glass or Safety Glazing Material........ 7-8
Landlord's Furnishings ........ 8
Ordinance or Law ........ 8
Grave Markers ........ 8
**SECTION I - PERILS INSURED AGAINST**
Coverage A Dwelling and Coverage B Other Structures ........ 8-10
Coverage C Personal Property ........ 10-11
**SECTION I - EXCLUSIONS**
Ordinance or Law ........ 11
Earth Movement ........ 11-12
Water Damage ........ 12
Power Failure ........ 12
Neglect........ 12
War........ 12
Nuclear Hazard ........ 12
Intentional Loss........ 12
Governmental Action ........ 12
Weather Conditions ........ 12
Acts or Decisions ........ 12
Faulty, Inadequate or Defective ........ 12
**SECTION I - CONDITIONS**
Insurable Interest and Limit of Liability. 13
Your Duties After Loss ........ 13
Loss Settlement ........ 13-14
Loss to a Pair or Set ........ 14
Appraisal ........ 14
Other Insurance ........ 14
Suit Against Us ........ 14-15
Our Option ........ 15
Loss Payment ........ 15
Abandonment of Property ........ 15
Mortgage Clause........ 15
No Benefit To Bailee ........ 15
Nuclear Hazard Clause ........ 15
Recovered Property ........ 15
Volcanic Eruption Period ........ 15
Policy Period ........ 15
Concealment or Fraud........ 15-16
Loss Payable Clause ........ 16
**SECTION II - LIABILITY COVERAGES**
Coverage E Personal Liability ........ 16
Coverage F Medical Payments to Others.... 16
**SECTION II - EXCLUSIONS**
Motor Vehicle Liability ........ 16-17
Watercraft Liability ........ 17
Aircraft Liability ........ 17
Hovercraft Liability........ 17
Coverage E Personal Liability and Coverage F Medical Payments to Others ........ 17-18
Coverage E Personal Liability ........ 18-19
Coverage F Medical Payments to Others.... 19
**SECTION II - ADDITIONAL COVERAGES**
Claim Expenses........ 19
First Aid Expenses........ 19
Damage to Property of Others ........ 19-20
Loss Assessment ........ 20
**SECTION II - CONDITIONS**
Limit of Liability........ 20
Severability of Insurance ........ 20
Duties After Loss ........ 20-21
Duties of an Injured Person ........ 21
Payment of Claim ........ 21
Suit Against Us ........ 21
Bankruptcy of an Insured ........ 21
Other Insurance ........ 21
Policy Period ........ 21
Concealment or Fraud ........ 21
**SECTIONS I AND II - CONDITIONS**
Liberalization Clause ........ 21
Waiver or Change of Policy Provisions ...... 21
Cancellation ........ 21-22
Non-Renewal........ 22
Assignment ........ 22
Subrogation ........ 22
Death ........ 22
***MUTUAL POLICY CONDITIONS** ........ 23


*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

Liberty Mutual. INSURANCE

# HOMEOWNERS 3 - SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in the care of any person named above;

**b.** A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

**(2)** 21 and in your care or the care of a person described in **a.(1)** above; or

Liberty Mutual. INSURANCE

**c.** Under Section **II:**

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **a.** or **b.** above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**(2)** With respect to a "motor vehicle" to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person included in **a.** or **b.** above; or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II,** when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one, two, three or four family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one family dwelling where you reside;

**b.** The two, three or four family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

Liberty Mutual INSURANCE

**DEDUCTIBLE**

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section **I** that exceeds the deductible amount shown in the Declarations.

**SECTION I - PROPERTY COVERAGES**

**A. Coverage A - Dwelling**

**1.** We cover:

**a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

**b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.** We do not cover land, including land on which the dwelling is located.

**B. Coverage B - Other Structures**

**1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

**2.** We do not cover:

**a.** Land, including land on which the other structures are located;

**b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

**c.** Other structures from which any "business" is conducted; or

**d.** Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**3.** The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A.** Use of this coverage does not reduce the Coverage **A** limit of liability.

**C. Coverage C - Personal Property**

**1. Covered Property**

We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

**a.** Others while the property is on the part of the "residence premises" occupied by an "insured"; or

**b.** A guest or a "residence employee", while the property is in any residence occupied by an "insured".

**2. Limit For Property At Other Residences**

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

**a.** Moved from the "residence premises" because it is being repaired, renovated or rebuilt and is not fit to live in or store property in; or

**b.** In a newly acquired principal residence for 30 days from the time you begin to move the property there.

**3. Special Limits Of Liability**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

**a.** $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**b.** $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

Liberty Mutual. INSURANCE

c. $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.
d. $1,500 on trailers or semitrailers not used with watercraft of all types.
e. $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.
f. $2,500 for loss by theft of firearms and related equipment.
g. $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.
h. $2,500 on property, on the "residence premises", used primarily for "business" purposes.
i. $500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to loss to electronic apparatus and other property described in Categories **j.** and **k.** below.
j. $1,500 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

   Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **j.**
k. $1,500 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

   Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **k.**

**4. Property Not Covered**

We do not cover:

a. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;
b. Animals, birds or fish;
c. "Motor vehicles".
   **(1)** This includes:
      **(a)** Their accessories, equipment and parts; or
      **(b)** Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle". Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described above.

      The exclusion of property described in **(a)** and **(b)** above applies only while such property is in or upon the "motor vehicle".
   **(2)** We do cover "motor vehicles" not required to be registered for use on public roads or property which are:
      **(a)** Used solely to service an "insured's" residence; or
      **(b)** Designed to assist the handicapped;
d. Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft.

   We do cover model or hobby aircraft not used or designed to carry people or cargo;
e. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;
f. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";
g. Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in **E.10.** Landlord's Furnishings under Section **I** - Property Coverages;
h. Property rented or held for rental to others off the "residence premises";
i. "Business" data, including such data stored in:
   **(1)** Books of account, drawings or other paper records; or
   **(2)** Computers and related equipment.

   We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

Liberty Mutual. INSURANCE

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages; or

**k.** Water or steam.

**D. Coverage D - Loss Of Use**

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

**1. Additional Living Expense**

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2. Fair Rental Value**

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

**3. Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

**4. Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

**E. Additional Coverages**

**1. Debris Removal**

**a.** We will pay your reasonable expense for the removal of:

**(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

**(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

**(1)** Your tree(s) felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

**(2)** A neighbor's tree(s) felled by a Peril Insured Against under Coverage **C;**

provided the tree(s):

**(3)** Damage(s) a covered structure; or

**(4)** Does not damage a covered structure, but:

**(a)** Block(s) a driveway on the "residence premises" which prevent(s) a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(b)** Block(s) a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

**2. Reasonable Repairs**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

Liberty Mutual INSURANCE

**b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, described in **B.4.** under Section **I** - Conditions.

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

**a.** We will pay up to $500 for:

**(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

**(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

**(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

**(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is additional insurance. No deductible applies to this coverage.

**b.** We do not cover:

**(1)** Use of a credit card, electronic fund transfer card or access device:

**(a)** By a resident of your household;

**(b)** By a person who has been entrusted with either type of card or access device; or

**(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

**(2)** Loss arising out of "business" use or dishonesty of an "insured".

**c.** If the coverage in **a.** above applies, the following defense provisions also apply:

**(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

Liberty Mutual INSURANCE

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

**7. Loss Assessment**

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage **A,** other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **P.** Policy Period under Section **I** - Conditions does not apply to this coverage.

This coverage is additional insurance.

**8. Collapse**

**a.** With respect to this Additional Coverage:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

**(1)** The Perils Insured Against named under Coverage **C;**

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**9. Glass Or Safety Glazing Material**

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

Liberty Mutual. INSURANCE

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused by a Peril Insured Against in Coverage **C,** other than Theft.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

**11. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against under Coverage **C.**

This coverage does not increase the limits of liability that apply to the damaged covered property.

**SECTION I - PERILS INSURED AGAINST**

**A. Coverage A - Dwelling And Coverage B - Other Structures**

**1.** We insure against risk of direct physical loss to property described in Coverages **A** and **B.**

**2.** We do not insure, however, for loss:

**a.** Excluded under Section **I** - Exclusions;

**b.** Involving collapse, except as provided in **E.8.** Collapse under Section **I** - Property Coverages; or

**c.** Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if

Liberty Mutual. INSURANCE

you have used reasonable care to:

**(a)** Maintain heat in the building; or

**(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(a)** Fence, pavement, patio or swimming pool;

**(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

**(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(d)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(5)** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**(6)** Any of the following:

**(a)** Wear and tear, marring, deterioration;

**(b)** Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

**(c)** Smog, rust or other corrosion, or dry rot;

**(d)** Smoke from agricultural smudging or industrial operations;

**(e)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C.**

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, vermin, rodents, or insects; or

**(h)** Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

Liberty Mutual. INSURANCE

**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

Section **I** - Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **c.(5)** and **(6)** above.

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**B. Coverage C - Personal Property**

We insure for direct physical loss to the property described in Coverage **C** caused by any of the following perils unless the loss is excluded in Section **I** - Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3. Explosion**

**4. Riot Or Civil Commotion**

**5. Aircraft**

This peril includes self-propelled missiles and spacecraft.

**6. Vehicles**

**7. Smoke**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**8. Vandalism Or Malicious Mischief**

**9. Theft**

**a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

**b.** This peril does not include loss caused by theft:

**(1)** Committed by an "insured";

**(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(3)** From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

**(4)** That occurs off the "residence premises" of:

**(a)** Trailers, semitrailers and campers;

**(b)** Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

**(c)** Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 60 days immediately before the loss.

**10. Falling Objects**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight Of Ice, Snow Or Sleet**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

Liberty Mutual INSURANCE

**12. Accidental Discharge Or Overflow Of Water Or Steam**

**a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

**b.** This peril does not include loss:

**(1)** To the system or appliance from which the water or steam escaped;

**(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing;

**(3)** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

**(4)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**d.** Section **I** - Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**13. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

**14. Freezing**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

**SECTION I - EXCLUSIONS**

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section **I** - Property Coverages;

**b.** The requirements of which result in a loss in value to property; or

**c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

**2. Earth Movement**

Earth Movement means:

**a.** Earthquake, including land shock

Liberty Mutual. INSURANCE

waves or tremors before, during or after a volcanic eruption;

**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

This Exclusion **A.2.** does not apply to loss by theft.

**3. Water Damage**

Water Damage means:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**b.** Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

**c.** Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **M.** Nuclear Hazard Clause under Section **I** - Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A, B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

Liberty Mutual INSURANCE

## SECTION I - CONDITIONS

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

**1.** Give prompt notice to us or our agent;

**2.** Notify the police in case of loss by theft;

**3.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages;

**4.** Protect the property from further damage. If repairs to the property are required, you must:

**a.** Make reasonable and necessary repairs to protect the property; and

**b.** Keep an accurate record of repair expenses;

**5.** Cooperate with us in the investigation of a claim;

**6.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**7.** As often as we reasonably require:

**a.** Show the damaged property;

**b.** Provide us with records and documents we request and permit us to make copies; and

**c.** Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**8.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

**a.** The time and cause of loss;

**b.** The interests of all "insureds" and all others in the property involved and all liens on the property;

**c.** Other insurance which may cover the loss;

**d.** Changes in title or occupancy of the property during the term of the policy;

**e.** Specifications of damaged buildings and detailed repair estimates;

**f.** The inventory of damaged personal property described in **6.** above;

**g.** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

**h.** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages, stating the amount and cause of loss.

**C. Loss Settlement**

In this Condition **C.**, the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section **I** - Property Coverages. Covered property losses are settled as follows:

**1.** Property of the following types:

**a.** Personal property;

**b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

**c.** Structures that are not buildings; and

**d.** Grave markers, including mausoleums;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

**a.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(1)** The limit of liability under this policy that applies to the building;

**(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

**(3)** The necessary amount actually spent to repair or replace the

damaged building.

If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(1)** The actual cash value of that part of the building damaged; or

**(2)** That proportion of the cost to repair or replace, after application of any deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this policy on the building; and

**(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **C.** Loss Settlement, provided you notify us of your intent to do so within 180 days after the date of loss.

**D. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**E. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**F. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**G. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of

Liberty Mutual. INSURANCE

the terms under Section **I** of this policy and the action is started within two years after the date of loss.

**H. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**I. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

**J. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**K. Mortgage Clause**

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **E.** Appraisal, **G.** Suit Against Us and **I.** Loss Payment under Section **I** - Conditions also apply to the mortgagee.

**3.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**4.** If we pay the mortgagee for any loss and deny payment to you:

**a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**5.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**L. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**M. Nuclear Hazard Clause**

**1.** "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.** This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**N. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**O. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

**P. Policy Period**

This policy applies only to loss which occurs during the policy period.

**Q. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

Liberty Mutual INSURANCE

2. Engaged in fraudulent conduct; or
3. Made false statements;
relating to this insurance.

**R. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

**SECTION II - LIABILITY COVERAGES**

**A. Coverage E - Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and
2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

**B. Coverage F - Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or
2. To a person off the "insured location", if the "bodily injury":
   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;
   b. Is caused by the activities of an "insured";
   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or
   d. Is caused by an animal owned by or in the care of an "insured".

**SECTION II - EXCLUSIONS**

**A. "Motor Vehicle Liability"**

1. Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":
   a. Is registered for use on public roads or property;
   b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or
   c. Is being:
      (1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;
      (2) Rented to others;
      (3) Used to carry persons or cargo for a charge; or
      (4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.
2. If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:
   a. In dead storage on an "insured location";
   b. Used solely to service an "insured's" residence;
   c. Designed to assist the handicapped and, at the time of an "occurrence", it is:
      (1) Being used to assist a handicapped person; or
      (2) Parked on an "insured location";
   d. Designed for recreational use off public roads and:
      (1) Not owned by an "insured"; or
      (2) Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **B. 6.a., b., d., e.** or **h.;** or
   e. A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:
      (1) A golfing facility and is parked or stored there, or being used by an "insured" to:
         (a) Play the game of golf or for other recreational or leisure

activity allowed by the facility;
(b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or
(c) Cross public roads at designated points to access other parts of the golfing facility; or
(2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B. "Watercraft Liability"**

1. Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:
   **a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;
   **b.** Rented to others;
   **c.** Used to carry persons or cargo for a charge; or
   **d.** Used for any "business" purpose.
2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:
   **a.** Is stored;
   **b.** Is a sailing vessel, with or without auxiliary power, that is:
   (1) Less than 26 feet in overall length; or
   (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or
   **c.** Is not a sailing vessel and is powered by:
   (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:
   (a) 50 horsepower or less and not owned by an "insured"; or
   (b) More than 50 horsepower and not owned by or rented to an "insured"; or
   (2) One or more outboard engines or motors with:
   (a) 25 total horsepower or less;
   (b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";
   (c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or
   (d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:
   (i) You declare them at policy inception; or
   (ii) Your intent to insure them is reported to us in writing within 45 days after you acquire them.

   The coverages in **(c)** and **(d)** above apply for the policy period.

   Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

**E. Coverage E - Personal Liability And Coverage F - Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":
**a.** Is of a different kind, quality or degree than initially expected or intended; or
**b.** Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

**2. "Business"**

**a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.** This Exclusion **E.2.** does not apply to:

**(1)** The rental or holding for rental of an "insured location";

**(a)** On an occasional basis if used only as a residence;

**(b)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage E - Personal Liability**

Coverage **E** does not apply to:

**1.** Liability:

**a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II** - Additional Coverages;

**b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

**(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

**(2)** Where the liability of others is assumed by you prior to an "occurrence";

unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided

Liberty Mutual INSURANCE

or required to be provided by an "insured" under any:

a. Workers' compensation law;

b. Non-occupational disability law; or

c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

a. Is also an insured under a nuclear energy liability policy issued by the:

(1) Nuclear Energy Liability Insurance Association;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors; or

b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions **5.a.** or **b.**

This exclusion also applies to any claim made or suit brought against you or an "insured":

**a.** To repay; or

**b.** Share damages with;

another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F - Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

a. Occurs off the "insured location"; and

b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

3. From any:

**a.** Nuclear reaction;

**b.** Nuclear radiation; or

**c.** Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

**d.** Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**SECTION II - ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

a. To the extent of any amount recoverable under Section **I;**

b. Caused intentionally by an "insured" who is 13 years of age or older;

c. To property owned by an "insured";

d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

e. Arising out of:

(1) A "business" engaged in by an "insured";

(2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

(3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

Liberty Mutual INSURANCE

This exclusion **e.(3)** does not apply to a "motor vehicle" that:

**(a)** Is designed for recreational use off public roads;

**(b)** Is not owned by an "insured"; and

**(c)** At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

**1.** We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

**a.** "Bodily injury" or "property damage" not excluded from coverage under Section **II** - Exclusions; or

**b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

**(1)** Is elected by the members of a corporation or association of property owners; and

**(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**2.** Paragraph **I.** Policy Period under Section **II** - Conditions does not apply to this Loss Assessment Coverage.

**3.** Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

**a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

**b.** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**4.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**SECTION II - CONDITIONS**

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

**1.** Give written notice to us or our agent as soon as is practical, which sets forth:

**a.** The identity of the policy and the "named insured" shown in the Declarations;

**b.** Reasonably available information on the time, place and circumstances of the "occurrence"; and

**c.** Names and addresses of any claimants and witnesses;

**2.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**3.** Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

**4.** At our request, help us:

**a.** To make settlement;

**b.** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

Liberty Mutual. INSURANCE

c. With the conduct of suits and attend hearings and trials; and

d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C.** Damage To Property Of Others under Section **II** - Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person - Coverage F - Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim - Coverage F - Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section **II.**

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

**SECTIONS I AND II - CONDITIONS**

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

Liberty Mutual. INSURANCE

**c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(1)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

**(2)** If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**D. Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**E. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**F. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** - Additional Coverages.

**G. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**1.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**2.** "Insured" includes:

**a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

**b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

Liberty Mutual. INSURANCE

# *MUTUAL POLICY CONDITIONS

You are a member of the Liberty Mutual Fire Insurance Company while this policy is in force. Membership entitles you to vote in person or by proxy at meetings of the company. The Annual Meeting is in Boston, Massachusetts, on the second Wednesday in April each year at 11 o'clock in the morning.

Also, as a member, you will receive any dividends declared on this policy by the Directors.

This policy is classified in Dividend Class II.

This policy has been signed by our President and Secretary at Boston, Massachusetts, and countersigned on the Declarations Page by an authorized representative.

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

Dexter R. Legg
**SECRETARY**

David M. Long
**PRESIDENT**

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1999

POLICY NUMBER:

Liberty Mutual INSURANCE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# CREDIT CARD, ELECTRONIC FUND TRANSFER CARD OR ACCESS DEVICE, FORGERY AND COUNTERFEIT MONEY COVERAGE

**HOMEOWNERS**
**HO 04 53 10 00**

**INCREASED LIMIT**

**SCHEDULE***

**SECTION I - PROPERTY COVERAGES**

**ADDITIONAL COVERAGES**

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

The limit of liability for this coverage is increased as noted below.

| Increase In Limit Of Liability | Total Limit Of Liability |
|---|---|
| | |

All other provisions of this policy apply.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

 Copyright, Insurance Services Office, Inc., 1999 

EXHIBIT A-1

Ponnadurai_Liberty 000030

Liberty Mutual. INSURANCE

**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

# SPECIAL PROVISIONS - TEXAS

**DEFINITIONS**

The introductory paragraph of Definitions is amended to read:

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and:

1. the spouse of the "named insured" shown on the Declarations, if a resident of the same household; or
2. the partner in a civil union, registered domestic partnership, or similar union or partnership, with the "named insured" shown in the Declarations, if a resident of the same household.

Item **2.**, above, only applies if the civil union, registered domestic partnership or other similar union or partnership is validly entered into under the law of any state, territory or possession of the United States of America, any territory or province of Canada, or the equivalent of a state or province in any other country.

"We," "us" and "our" refer to the Company providing this insurance.

In Section **B.**, the following are added:

"Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" means any type or form of fungus, rot, or bacteria. This includes mold, mildew and any mycotoxins, other microbes, spores, scents or byproducts produced or released by mold, mildew, fungus, rot, or bacteria.

"Remediation" means the reasonable and necessary treatment, containment, decontamination, removal or disposal of "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" caused by a covered water loss as required to complete the repair or replacement of property covered under Section I of the policy. "Remediation" includes payment for any loss of fair rental value or reasonable increase in additional living expenses that is necessary to maintain your normal standard of living if "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" resulting from a covered water loss makes your residence premises uninhabitable. "Remediation" includes testing or investigation to detect, evaluate or measure "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria".

"Business day" means a day other than a Saturday, Sunday or holiday recognized by the state of Texas.

"Marring" means any disfigurement, blemish, discoloration, weathering or stretching, or the like, of or to covered property, including, but not limited to, scratching, chipping, cracking, scorching, denting, creasing, gouging, fading, staining, tearing, oxidizing, blistering, or thinning, whether occurring at once or over time.

**SECTION I - PROPERTY COVERAGES**

For form **HO 00 03**, Paragraph **A.1.a** in **Coverage A - Dwelling** is deleted and replaced by the following:

**a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling, and attached wall-to-wall carpeting;

For forms **HO 00 03**, **HO 00 06**, and **HO 00 04**:

**Coverage C - Personal Property**

The introductory paragraph of section **3. Special Limits of Liability** is replaced with the following:

The special limit for each category below is the total limit for each loss for all property in that category. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These special limits do not increase the Coverage C limit of liability. Categories **b.**, **c.**, **d.**, **e.**, **f.**, **i.**, **j.**, and **k.** are deleted and replaced with the following:

**b.** $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets, and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**c.** $1000 on watercraft of all types, including their trailers, furnishings, equipment, and outboard engines or motors.

**d.** $1000 on trailers or semitrailers not used with watercraft of all types.

**e.** $1000 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

**f.** $2000 for loss by theft of firearms and related equipment.

**i.** $250 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to loss to electronic apparatus and other property described in Categories **j.** and **k.** below.

**j.** $1000 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs, or other media that can be used with any apparatus described in this Category **j.**

**k.** $1000 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **k.**

The following limits are added after item **3.k.**:

**l.** $5000 on Electronic Data Processing equipment and recording or storage media or accessories used with that equipment. There is no coverage for said equipment, media, or accessories while located away from the "residence premises" except when said equipment or media are removed from the "residence premises" for the purpose of repair, servicing or temporary use. An "insured" student's equipment and media are covered while at a residence away from home.

**m.** $5000 on any one article and $10000 in the aggregate for loss by theft of any rug, carpet (excluding attached wall-to-wall carpet), tapestry, wall-hanging or other similar article.

**n.** $2500 in the aggregate for loss of any of the following whether or not they are part of a collection: trading cards, comic books, figurines, stamps, advertising materials, stuffed animals, dolls, sports and entertainment memorabilia, toys, games, militaria, and books.

**o.** $1200 for any one electrical appliance for loss by sudden and accidental damage from artificially generated electrical currents. This special limit does not apply to electronic data processing equipment or storage media.

For form **HO 00 03**:

If endorsement FMHO 3326 is included in the policy, coverage for categories **b.**, **c.**, **d.**, **e.**, **f.**, **i.**, **j.**, **k.**, **l.**, **m.** and **n.**, are deleted. Coverage for category **o.** still applies.

For forms **HO 00 03**, **HO 00 06**, and **HO 00 04**:

**Additional Coverages**

Item **7. Loss Assessment** is deleted in its entirety.

For form **HO 00 03**:

Item **10. Landlord's Furnishings** is deleted in its entirety.

For form **HO 00 03**, the following is added to Paragraph **11. Ordinance Or Law**:

**d.** If the insured property is located in an area which is eligible for coverage through the Texas Windstorm Insurance Association, the coverage described above, also applies to the increased cost you incur due to the repair, replacement or demolition required for the dwelling to comply with the building specifications contained in the Texas Windstorm Insurance Association's plan of operation.

Liberty Mutual. INSURANCE

(This is Paragraph **C.11.** in Form **HO 00 04** and **D.10.** in Form **HO 00 06.**)

The final sentence in this section, which reads "This coverage is additional insurance", is deleted. (This is item **10.** in the **HO 00 06.**)

For forms **HO 00 03**, **HO 00 06**, and **HO 00 04**:

Item **13. Mold, Fungus, Wet Rot, Dry Rot, or Bacteria** is added:

We provide up to $5,000 of coverage for "remediation" of "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" as required to complete the repair or replacement of property under Section I of the policy, that is damaged by a covered water loss. This is not additional insurance and does not increase the limit of liability for Coverage A (Dwelling), Coverage B (Other Structures), Coverage C (Personal Property), or Coverage D (Loss of Use).

**SECTION I - PERILS INSURED AGAINST**

For forms **HO 00 03**:

**Coverage A - Dwelling And Coverage B - Other Structures**

Item **A.2.c.(5)** is deleted and replaced by the following:

**(5)** Seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or not.

Item **A.2.c.(6)(a)** is deleted and replaced by the following:

**(a)** Wear and tear, "marring", or deterioration;

Item **A.2.c.(6)(c)** is deleted and replaced by the following:

**(c)** Smog, rust or other corrosion, wet or dry rot;

The following item is added to **A.2.c.(6)**:

**(i)** Growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;

The Exception to **A.2.c.(6)** is deleted and replaced by the following:

**Unless otherwise excluded we cover damage to A - Dwelling and B - Other Structures from a Sudden and Accidental Discharge or overflow of Water or Steam** from within a plumbing or drain system, heating system, air conditioning system, or household appliance.

This coverage does not include loss:

**a.** directly or indirectly caused by or resulting from seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of fourteen days or more, resulting in damage to the structure, whether hidden or not:

**(1)** From a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or

**(2)** From within or around any plumbing fixtures, including, but not limited to, shower stalls, shower pans, shower baths, tub installations, sinks or other fixtures, including ceilings, walls, or floors.

**b.** to the system or appliance from which the water or steam escaped. We will cover the cost of tearing out and replacing any part of the building necessary to repair or replace the heating system, air conditioning system, plumbing supply or drain system, or household appliance. However, such tear out and replacement coverage only applies if the water or steam causes actual damage to a building on the "residence premises."

**c.** caused by or resulting from water or sewage from outside the "residence premises" plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area.

In the event of a covered loss resulting from sudden and accidental discharge of water from a plumbing or drain system located within or under the slab or foundation of the dwelling,

we will pay no more than a total amount of 5% of the Coverage A (Dwelling) limit of liability or $3,500, whichever is greater, for:

**(1)** the cost you incur to tear out and replace any part of the building necessary to access, repair, or replace that part of such plumbing or drain system; or

**(2)** the cost you incur to reroute the plumbing or drain system.

This coverage does not include loss to the plumbing or drain system from which the water or steam escaped. Such tear out and replacement coverage only applies if the water or steam causes actual damage to a building on the "residence premises".

For Form **HO 00 06**, item **12.b.(5)** and for Form **HO 00 04**, item **12.b.(4)** are deleted and replaced by the following:

Caused by seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or not.

For form **HO 00 03**:

Item **B.12.b.(4)** is deleted and replaced by the following:

**(4)** Caused by seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of 14 days or more, resulting in damage, whether hidden or not.

**SECTION I - EXCLUSIONS**

Item **A.2. Earth Movement** is deleted and replaced by the following:

**A.2. Earth Movement**, meaning movement of the earth, whether combined with water or not, in any direction, including but not limited to:

**a.** Earthquake, including land shock waves or tremors before, during, or after a volcanic eruption;

**b.** Landslide, mud slide, or mud flow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement, including earth sinking, rising, shifting, expanding, contracting, or eroding;

caused by or resulting from manmade, animal, or natural actions, events, or conditions.

If direct loss by fire or explosion ensues, we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft. (This is Exclusion **A.2.** in form **HO 00 03**.)

Item **A.8. Intentional Loss** is deleted and replaced by the following:

**A.8. Intentional Loss**

**a.** Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage even "insureds" who did not commit or conspire to commit the act causing the loss.

**b.** However, this exclusion does not apply to an "insured" who did not cooperate in or contribute to the creation of the loss if that "insured" has:

**(1)** Filed a police report; and

**(2)** Cooperated with law enforcement investigation or prosecution relating to any other "insured" causing the intentional loss.

**c.** If we pay a claim pursuant to Paragraph **8.b.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a secured interest in the policy. In no event will we pay more than the limit of liability. As a condition of payment for intentional loss caused by another "insured" under this exception to the exclusion, we may require an assignment of rights of recovery to the extent that payment is made by us.

Liberty Mutual INSURANCE

For forms **HO 00 03**, **HO00 06**, and **HO 00 04**:

The following is added to item **A.**:

**10. "Mold, Fungus, Wet Rot or Bacteria".**

**a.** This exclusion applies to the cost:

**(1)** To remove "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" from property covered under Section **I** - Property Coverages;

**(2)** To tear out and replace any part of the building or other covered property as needed to gain access to the "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria"; and

**(3)** Of testing of air or property to confirm the absence, presence or level of "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria";

**b.** Exclusion **10.a.** applies unless the "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" are located upon the portion of covered property that must be repaired or replaced because of direct physical damage resulting from sudden and accidental discharge or overflow of water that would otherwise be covered under this policy.

**c.** However, the exception to the exclusion described in **10.b.** does not include:

**(1)** The cost to treat, contain, remove or dispose of the "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" beyond that which is required to repair or replace the covered property physically damaged by water;

**(2)** The cost of any testing of air or property to confirm the absence, presence or level of "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" whether performed prior to, during or after removal, repair, restoration or replacement;

**(3)** The cost of any decontamination of the "residence premises"; and

**(4)** Any increase in loss under Coverage **D** - Loss of Use and Additional Coverage **1.** Debris Removal resulting from **c.(1)**, **(2)** and **(3).**

Direct loss by fire, smoke, or explosion resulting from "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria" is covered.

For forms **HO 00 03**, **HO00 06**, and **HO 00 04**:

The following is added:

**Pre-existing Damage**

Pre-existing damage means any damage that occurred prior to the policy inception, including damage arising out of workmanship, repairs and/or lack of repairs from damage that occurred prior to policy inception. This exclusion applies regardless of whether such damage was apparent at the time of the inception of the policy.

For form **HO 00 03**, the following is added:

**Cosmetic loss or damage**, meaning any loss that alters only the physical appearance of "metal materials" but:

**a.** does not result in the penetration of water through the "metal materials"; or

**b.** does not result in the failure of the "metal materials" to perform their intended function of keeping out the elements.

For purposes of this exclusion, "metal materials" means:

**a.** all metal roofing materials that are part of the dwelling; or

**b.** all "metal materials" that are part of an other structure.

This exclusion does not apply to non-roof "metal materials" that are primarily decorative, prominent and visible from the ground.

Liberty Mutual. INSURANCE

**SECTION I - CONDITIONS**

For forms **HO 00 03**, **HO 00 06**, and **HO 00 04**:

**A. Insurable Interest And Limit of Liability** is replaced with the following:

**A. Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** to the "insured" for more than the amount of the "insured's" interest at the time of loss; or

**2.** for more than the applicable limit of liability.

Each time there is a loss to any building insured under Coverage A (Dwelling), the amount of insurance applicable to that building for loss by fire will be reduced by the amount of the loss. As repairs are made, the amount of insurance will be reinstated up to the limit of liability shown on the declarations page.

**POLICY A LIQUIDATED DEMAND**

A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. This provision shall not apply to personal property.

**B. Duties After Loss** is deleted and replaced by the following:

**B. Duties After Loss**

**1. Your Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if you fail to comply with the following duties. These duties must be performed either by you, or an "insured" seeking coverage, or a representative of either:

**a.** Give prompt notice to us or our agent. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than 365 days after the date of loss unless the person filing the claim shows good cause as to why the claim was filed after the first anniversary of the date of loss;

**b.** Notify the police in case of a loss by theft and provide them with a full, complete and accurate inventory of the property damaged, stolen or removed.

**c.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money Coverage under Section I - Property Coverages;

**d.** Protect the property from further damage. If repairs to the property are required, you must:

**(1)** Make reasonable repairs and necessary repairs to protect the property; and

**(2)** Keep an accurate record of repair expenses;

**e.** Cooperate with us in the investigation of a claim;

**f.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**g.** As often as we reasonably require:

**(1)** Show the damaged property;

**(2)** Authorize us to obtain records and documents we request and permit us to make copies; and

**(3)** Submit to examination under oath, while not in the presence of any other "insured", and sign and swear to the same. If the "insured" is a minor a parent or legal representative may be present;

**h.** Send to us, within 91 days after our request, your signed, sworn proof of loss on a standard form supplied by us.

Liberty Mutual. INSURANCE

**(1)** This proof of loss shall set forth, to the best of your knowledge and belief:

**(a)** The time and cause of loss;

**(b)** The interests of all "insureds" and all others in the property involved and all liens on the property;

**(c)** Other insurance which may cover the loss;

**(d)** Changes in the title or occupancy of the property during the term of the policy;

**(e)** Specifications of the damaged buildings and detailed repair estimates;

**(f)** The inventory of damaged personal property described in **B.1.f.** above;

**(g)** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

**(h)** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages, stating the amount and cause of loss.

For form **HO 00 03** the following section is added to item **B.1.h.**:

**(2)** If you elect to make claim under the Replacement Cost Coverage of this policy, this proof of loss shall also state, to the best of your knowledge and belief:

**(a)** The replacement cost of the described dwelling;

**(b)** The replacement cost of any other building on which loss is claimed; or

**(c)** The full cost of repair or replacement of loss without deduction for depreciation.

**2. Our Duties After Loss**

**a.** No later than 15 days after we receive your written notice of claim, we must:

**(1)** Acknowledge receipt of the claim;

If our acknowledgment of the claim is not in writing, we will keep a record of the date, means and content of our acknowledgment;

**(2)** Begin any investigation of the claim;

**(3)** Specify the information you must provide in accordance with Paragraph **B.1.** Your Duties After Loss above;

We may request more information, if during the investigation of the claim such additional information is necessary.

**b.** After we receive the information we request, we must notify you in writing whether the claim will be paid or has been denied or whether more information is needed:

**(1)** Within 15 "business days"; or

**(2)** Within 30 days if we have reason to believe the loss resulted from arson;

**c.** If we do not approve payment of your claim or require more time for processing your claim, we must:

**(1)** Give the reason for denying your claim;

**(2)** Give the reasons we require more time to process your claim. But we must either approve or deny your claim within 45 days after requesting more time.

The following is applicable to form **HO 00 03**:

**C. Loss Settlement** is deleted and replaced by the following:

**C. Loss Settlement.** Covered property losses are settled as follows:

**1.** Our limit of liability and payment for covered losses to personal property will not exceed the smallest of the following:

**a.** the limit of liability under this policy that applies to the damaged or destroyed property;

**b.** for property that is repairable, the cost to repair or replace the damaged property with material of like kind and quality, with no deduction for depreciation; or

**c.** the interest of the "insured"; or

**d.** the replacement cost at the time of loss.

We do not pay replacement cost for:

**(1)** property which cannot be replaced.

**(2)** property not maintained in good or workable condition.

**(3)** property that is either obsolete or useless to the "insured" at the time of loss.

**(4)** Property that is not repaired or replaced.

For property covered under Coverage C:

**(a)** We will pay you:

**(i)** the replacement cost of your damaged property up to $1,500; and

**(ii)** the actual cash value of your remaining damaged property

within 5 "business days" after we notify you that we will pay the claim.

If you repair or replace the damaged property, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your property exceeding $1,500.

You must repair, restore or replace the property within 365 days after the loss. Reimbursement will be made within 5 "business days" after we receive proof that the property has been repaired, restored, or replaced.

**(b)** In lieu of (a) above, we may offer and you may accept or reject our offer to provide a replacement item of like kind and quality for your damaged property.

**2.** Our limit of liability and payment for covered losses to dwelling (including wall to wall carpeting) and other structure(s) under Coverage A (Dwelling) and Coverage B (Other Structures), not including items listed in Loss Settlement paragraph **C.3.** below, will be at replacement cost subject to the following:

**a.** If, at the time of loss, the amount of insurance in this policy on the damaged building structure(s) is 80% or more of the full replacement cost of the building structure(s) immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(1)** the limit of liability under this policy that applies to the damaged or destroyed building structure(s);

**(2)** the cost to repair or replace that part of the building structure(s) damaged, with material of like kind and quality and for the same use and occupancy on the same premises; or

**(3)** the necessary amount actually spent to repair or replace the damaged building structure(s).

**b.** If, at the time of loss, the amount of insurance in this policy on the damaged building structure(s) is less than 80% of the full replacement cost of the building structure(s) immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building structure(s):

**(1)** the actual cash value of that part of the building structure(s) damaged; or

**(2)** that proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building structure(s) damaged, which the total amount of insurance in this policy on the damaged building structure(s) bears to 80% of the replacement cost of the building structure(s).

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building structure(s) immediately before the loss, do not include the value of:

**(1)** excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

**(2)** those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

Liberty Mutual. INSURANCE

(3) underground flues, pipes, wiring and drains.

**d.** The applicable limit of liability and payment for covered losses for roof surfacing, roof vents and/or roof flashing materials for Buildings under Coverage **A** or **B** is the actual cash value at the time of loss but not more than the amount required to repair or replace if the loss to the roof surfacing, roof vents and/or roof flashing materials is caused by the peril of Windstorm or Hail and the policy is endorsed with the Actual Cash Value Loss Settlement Windstorm or Hail Losses to Roof Surfacing endorsement (FMHO 3505).

**e.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of **2.a.** and **2.b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** less than 5% of the amount of insurance in this policy on the building structure(s); and

**(2)** less than $2,500

We will settle the loss according to the provisions of **2.a.** and **2.b.** above whether or not actual repair or replacement is complete.

You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to building structure(s) on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition **C. Loss Settlement.**

**3.** Our limit of liability and payment for covered losses to:

**a.** awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

**b.** structures that are not buildings;

**c.** grave markers, including mausoleums; and

**d.** fences

will be at actual cash value at the time of loss but not more than the amount required to repair or replace.

**4.** Loss Settlement does not include payment for any actual or perceived decrease in market or resale value resulting from loss to or repair of your covered property.

This condition, **C.4.**, applies to this policy and to any Loss Settlement provision in any other endorsement applicable to this policy:

The following is applicable to forms **HO 00 06** and **HO 00 04**:

Under **Loss Settlement**, item **C.1.** is deleted and replaced by the following:

**C. Loss Settlement.** Covered property losses are settled as follows:

**1.** Our limit of liability and payment for covered losses to personal property will not exceed the smallest of the following:

**a.** the limit of liability under this policy that applies to the damaged or destroyed property;

**b.** for property that is repairable, the cost to repair or replace the damaged property with material of like kind and quality, with no deduction for depreciation; or

**c.** the interest of the "insured"; or

**d.** the replacement cost at the time of loss.

We do not pay replacement cost for:

**(1)** property which cannot be replaced.

**(2)** property not maintained in good or workable condition.

**(3)** property that is either obsolete or useless to the "insured" at the time of loss.

**(4)** Property that is not repaired or replaced.

Liberty Mutual INSURANCE

For property covered under Coverage C:

**(a)** We will pay you:

**(i)** the replacement cost of your damaged property up to $1,500; and

**(ii)** the actual cash value of your remaining damaged property

within 5 "business days" after we notify you that we will pay the claim.

If you repair or replace the damaged property, you may make claim for reimbursement on a replacement cost basis for the replacement cost of your property exceeding $1,500.

You must repair, restore or replace the property within 365 days after the loss. Reimbursement will be made within 5 "business days" after we receive proof that the property has been repaired, restored, or replaced.

**(b)** In lieu of (a) above, we may offer and you may accept or reject our offer to provide a replacement item of like kind and quality for your damaged property.

The following item is added:

Loss Settlement does not include payment for any actual or perceived decrease in market or resale value resulting from loss to or repair of your covered property.

This condition applies to this policy and to any Loss Settlement provision in any other endorsement applicable to this policy:

**D.** **Loss to a Pair Or Set** is deleted and replaced by the following:

**D.** **Loss To A Pair Or Set**

**1.** In case of loss to a pair or set other than jewelry we may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between actual cash value of the property before and after the loss.

**2.** Loss to a jewelry pair or set will be settled at replacement cost at the time of loss without deduction for depreciation.

**E.** **Appraisal** is deleted and replaced by the following:

**E.** **Appraisal**

**1.** If you and we do not agree on the amount of the loss, including the amount of actual cash value or replacement cost, then, on the written demand of either, each shall select a qualified appraiser and notify the other of the appraiser selected within 20 days of such demand.

**2.** In order for a person to be qualified to act as an appraiser, the person must be competent, independent, neutral and impartial.

**3.** A person shall not be qualified to act as an appraiser:

**a.** who has performed, or who is employed by any entity which has performed any work, or a person who has provided any service for either you or us in relation to any claimed loss under this policy, whether or not such work or service has been or will be paid; or

**b.** who has or may perform, or who is employed by an entity which has or may perform repairs or replacement of your property;

**4.** The appraisers shall first select a qualified umpire. In order for a person to be qualified to act as an umpire, such person must meet the same qualifications required to act as an Appraiser.

**5.** If, after 15 days, the appraisers are unable to agree upon such umpire, then, on request of you or the company after notice of hearing to the non-requesting party by certified mail, such umpire shall be selected by a judge of a court of record in the county in which the property covered is located.

**6.** The appraisers shall then resolve the issues surrounding the loss, appraise the loss, stating separately the actual cash value and replacement cost of each item, and failing to agree, shall

Liberty Mutual INSURANCE

submit their differences, only, to the umpire. An award in writing, so itemized, of any two of these three, when filed with us shall determine the amount of loss.

7. Upon our receipt of an appraisal award, in conformance with the Appraisal provision of this policy, payment by us of the award, or any part of the award, within the time required in this policy estops any contractual or extra-contractual claim by you which may directly or indirectly arise from or may be related to the failure of you and us to agree as to the actual cash value and/or replacement cost of your claimed loss.

   Your failure or refusal to accept our payment of the award, or partial payment does not affect estoppel. Our payment of the award, or partial payment, binds you and us to that part paid and estops any contractual or extra-contractual claim as to that part paid.

8. Each party will:

   **a.** pay its own appraiser; and

   **b.** bear the other expenses of the appraisal and umpire equally.

9. Any demand for appraisal must be made either within the contractual suit limitations period stated in this policy or during the pendency of a timely filed lawsuit related to the claimed loss.

   Otherwise, neither you nor we may demand an appraisal.

10. If you or we timely demand an appraisal, then upon request made by either you or us for abatement of any suit for or involving the claimed loss, the suit shall be abated until after an appraisal award is made in accord with this appraisal clause.

11. Even after an appraisal award, we retain the right to deny any claimed loss, or any part thereof.

**G.** **Suit Against Us** is deleted and replaced by the following:

**G.** **Suit Against Us**

No suit or action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy. Action brought against us must be started from the earlier of two years from the date we accept or reject the claim or three years from the date of the loss that is subject to the claim.

**I.** **Loss Payment** is deleted and replaced by the following:

**I.** **Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to payment.

If we notify you that we will pay your claim, or part of your claim, we must pay within 5 "business days" after we notify you. If payment of your claim or part of your claim requires the performance of an act by you, we must pay within 5 "business days" after the date you perform the act.

**J.** **Abandonment of Property** is replaced with the following:

**J.** **Abandonment or Property**. There can be no abandonment of property to us.

For forms **HO 00 03** and **HO 00 06**:

**K.** **Mortgage Clause** is deleted and replaced by the following:

**K.** **Mortgage Clause (Without Contribution)**

1. We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown on the declarations page as interests appear;

2. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building structure;

3. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgagee has the right to receive loss payment if the mortgagee:

   **a.** At our request, pays any premium due under this policy, if you have failed to do so;

   **b.** Submits a signed, sworn statement of loss within 91 days after receiving notice from us of your failure to do so;

Liberty Mutual. INSURANCE

c. Has notified us within 60 days of any changes in ownership, occupancy or substantial changes in risk known to the mortgagee;

All of the terms of this policy will then apply directly to the mortgagee.

Failure of the mortgagee to comply with **3.a.**, **3.b.**, or **3.c.** above shall void this policy as to the interest of the mortgagee.

**4.** If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**a.** The mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay.

**b.** The mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

At our option, we may pay the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**5.** If this policy is cancelled, we will give the mortgagee specifically named on the declarations page written notice of cancellation.

If we cancel the policy, we will give the mortgagee the same number of days' notice of cancellation we give to you.

If you cancel the policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

We will not give notice of cancellation to any successor or assignee of the mortgagee named in the policy.

**6.** If the property described under Coverage **A** - Dwelling or Coverage **B** - Other Structures is foreclosed upon under the deed of trust, the mortgagee may cancel this policy of insurance and will be entitled to any unearned premium from this policy.

The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower. The unearned premium will be figured using the customary pro rata procedures.

For forms **HO 00 03**, **HO 00 06**, and **HO 00 04**:

The following Conditions are added:

**Salvage Rights.** If we notify you that we will pay your claim or part of your claim, the notice must also state whether we will or will not take all or any part of the damaged property. We must bear the expense of our salvage rights.

**Residential Community Property Clause**

This policy, subject to all other terms and conditions, when covering residential community property, as defined by state law, shall remain in full force and effect as to the interest of each spouse covered, irrespective of divorce or change of ownership between the spouses unless excluded by endorsement attached to this policy until the expiration of the policy or until cancelled in accordance with the terms and conditions of this policy.

**Catastrophe Claims**

If a claim results from a weather related catastrophe or a major natural disaster, each claim handling deadline shown in **B.** Duties After Loss and **I.** Loss Payment is extended for an additional 15 days.

Catastrophe or Major Natural Disaster means a weather related event which:

**1.** Is declared a disaster under the Texas Disaster Act of 1975; or

**2.** Is determined to be a catastrophe by the Texas Department of Insurance.

**Notice of Settlement**

We shall notify the named insured in writing of initial offer to compromise or settle a claim against

Liberty Mutual. INSURANCE

the insured made under a casualty policy issued to the named insured - notice must be given not later than the 10th day after the date on which the offer is made. In addition, we shall notify the named insured in writing of any settlement of a claim against the insured made under a casualty policy issued to the named insured - notice must be given not later than the 30th day after the date of the settlement. EXCEPTION - This article does not apply to a casualty policy that requires the insured's consent to settlement of a claim against an insured or to fidelity, surety or guaranty bonds or to marine insurance as defined by Section 1807.001.

**SECTION II - EXCLUSIONS**

**E. Coverage E - Personal Liability** and **Coverage F - Medical Payments to Others**

Paragraph **E.1.** Expected Or Intended Injury is deleted and replaced by the following:

1. **Expected or Intended Injury**

   "Bodily injury" or "property damage" which is expected or intended by an "insured".

   However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

Paragraph **E.6.** Communicable Disease is deleted and replaced by the following:

6. **Communicable Disease**

   "Bodily injury" or "property damage" which arises out of the transmission of sickness or disease by an "insured" through sexual contact;

Paragraph **E.7. Sexual Molestation, Corporal Punishment or Physical or Mental Abuse** is deleted and replaced by the following:

7. **Sexual Molestation, Corporal Punishment or Physical or Mental Abuse**

   For the purpose of this endorsement, abuse means an act which is committed with the intent to cause harm.

   "Bodily injury" or "property damage" arising out of the actual or attempted:

   **a.** abuse, molestation, exploitation, assault or other mistreatment of any person; or

   **b.** rape, sexual assault, or other sexual abuse of any person; or

The following exclusions are added to Item **E. Coverage E - Personal Liability** and **Coverage F - Medical Payments to Others**:

   "Bodily Injury" or "property damage" consisting of, resulting from, arising out of, aggravated by or in any way caused by, in whole or in part, by "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria".

   Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" consisting of, resulting from, arising out of, aggravated by or in any way caused by, in whole or in part, by "Mold, Fungus, Wet Rot, Dry Rot, or Bacteria".

**SECTION II - ADDITIONAL COVERAGES**

For form **HO 00 03**:

Item **D. Loss Assessment** is deleted in its entirety.

**SECTION I AND II - CONDITIONS**

For forms **HO 00 03**, **HO 00 06**, and **HO 00 04**:

**C. Cancellation** is deleted and replaced by the following:

**C. Cancellation**

1. You may cancel this policy at any time by notifying us of the date cancellation is to take effect. We will refund the appropriate portion of any unearned premium not later than the 15th "business day" after the effective date of cancellation or termination of this policy.
2. We may cancel this policy at any time for the reasons stated in this condition by mailing you notice in writing of the date cancellation takes effect.

Liberty Mutual INSURANCE

**a.** If this policy has been in effect for less than 60 days and is not a renewal policy, we may not cancel this policy unless:

**(1)** We identify a condition that:

**(a)** Creates an increased risk of hazard;

**(b)** Was not disclosed in the application for insurance coverage; and

**(c)** Is not the subject of a prior claim;

**(2)** Before the effective date of the policy we do not accept a copy of a required inspection report that:

**(a)** Was completed by an inspector licensed by the Texas Real Estate Commission or who is otherwise authorized to perform inspections; and

**(b)** Is dated not earlier than the 90th day before the effective date of the policy.

An inspection report is deemed accepted unless we reject it before the 11th day after the date we receive it;

**(3)** You do not pay the premium or any portion of the premium due;

**(4)** The Texas Department of Insurance determines that continuation of the policy would violate the Texas Insurance Code or any other laws governing the business of insurance in this state;

**(5)** You submit a fraudulent claim; or

**(6)** There is an increase in the hazard covered by this policy that is within your control and that would produce an increase in the premium rate of this policy.

The effective date of cancellation cannot be before:

**(1)** The 10th day after we mail notice if we cancel for reasons **(3)**, **(4)**, **(5)**, or **(6)** above.

**(2)** The 30th day after we mail notice if we cancel for any other reason.

**b.** If this policy has been in effect 60 days or more, or at any time if it is a renewal policy, we may not cancel this policy unless:

**(1)** You do not pay the premium or any portion of the premium due.

**(2)** The Texas Department of Insurance determines that continuation of the policy would violate the Texas Insurance Code or any other laws governing the business of insurance in this state.

**(3)** You submit a fraudulent claim.

**(4)** There is an increase in the hazard covered by this policy that is within your control and that would produce an increase in the premium rate of this policy.

**3.** When this Policy is cancelled, we will send you any refund due not later than the 15th "business day" after the effective date of cancellation.

**4.** The premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**5.** If we cancel, our notice to you will state that if this refund is not included with the notice, it will be returned on demand or not later than the 15th "business day" after the date of cancellation.

**6.** We may not cancel this policy solely because you are an elected official.

**D. Nonrenewal** is deleted and replaced by the following:

**D. Refusal to Renew**

**1.** We may not refuse to renew this policy because of claims for losses resulting from natural causes.

**2.** We may not refuse to renew this policy solely because you are an elected official.

**3.** We may refuse to renew this policy if you have filed three or more claims under the policy in any three-year period that do not result from natural causes.

Liberty Mutual INSURANCE

If you have filed two claims in a period of less than three years, we may notify you in writing, that if you file a third claim during the three-year period, we may refuse to renew this policy by providing you proper notice of our refusal to renew as provided in **4.** below.

If we do not notify you after the second claim, we may not refuse to renew this policy because of losses.

A claim does not include a claim that is filed but is not paid or payable under the policy.

**4.** If we refuse to renew this policy, we must deliver to you, or mail to you at your mailing address shown on the declarations page and any mortgagee named on the declarations page, written notice of our refusal to renew not later than the 30th day before the date on which this policy expires. Proof of mailing will be sufficient proof of notice. If we fail to give you proper notice of our decision not to renew, you may require us to renew the policy.

The introductory paragraph of **G. Death** is amended to read:

If any person named in the Declarations or the spouse, if a resident of the same household; or the partner in a civil union, registered domestic partnership or similar union or partnership, if a resident of the same household, dies:

The following Condition is added:

**Concealment or Fraud.** This policy was issued in reliance upon the information provided on your application. We may deny coverage under this policy if you or an "insured" have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, at the time application was made or any time during the policy period. If false statements were made in the application for the policy or in the policy, we may void the policy if it is shown at trial that the matter misrepresented was material to the risk or contributed to the contingency or event on which the policy became due and payable.

We may deny coverage for a loss or "occurrence" if you or an "insured" have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with presentation or settlement of a claim. We may void this policy if at the time of trial it is shown the misrepresentation was fraudulently made, misrepresented a fact material to the question of coverage under the policy and misled us and caused us to waive or lose a valid defense to the policy.

We may deny coverage because of fraud or material misrepresentation even after a loss or "occurrence". This means we will not be liable for any claims or damages which would otherwise be covered. If we make a payment, we may request that you reimburse us if so, you must reimburse us for any payments we may have already made.

**SMALL BOAT AND MOTOR FORM**

If endorsement **FMHO 696** is included in the policy, the following applies:

**6. Peril Insured Against**, item **(h)** is deleted and replaced by the following

**(h)** Loss or damage intentionally caused by an insured. However, this exclusion does not apply to an insured who did not cooperate in or contribute to the creation of the loss if that insured has:

**1.** Filed a police report; and

**2.** Cooperated with law enforcement investigating or prosecution relating to any other insured causing the intentional loss.

For form **HO 00 03**:

**INFLATION PROTECTION ENDORSEMENT**

If endorsement **FMHO 2835** is included in the policy, the following applies:

**Coverage B, Structure**; is deleted and replaced by the following:

**Coverage B - Other Structures**;

All other policy terms and conditions apply, including all applicable deductibles shown on the Declarations.

Liberty Mutual INSURANCE

## PROTECTIVE DEVICES

For a premium discount, we acknowledge the installation of fire, theft, or water protective system or device approved by us on the "residence premises." You agree to maintain the approved system or device in working order and to let us know promptly of any change made to the system or device or if it is removed. We reserve the right of modifying or removing the discount based on our knowledge of how the system or device is maintained by you.

Liberty Mutual INSURANCE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ROOF PAYMENT SCHEDULE - TEXAS

It is agreed your policy is amended as follows:

**DEFINITIONS**

The following definition is added to Section **B.**:

"Roof surfacing" means shingles or tiles, cladding, metal or synthetic sheeting or similar materials covering the roof, roof flashing, roof vents and all materials applied to or under the roof surface for moisture protection. This includes all costs associated with securing the "roof surfacing".

**SECTION I - CONDITIONS**

For the **Homeprotector Plus Endorsement**, **FMHO 3153**, under **C. Replacement Cost Provision** - **Dwelling and Personal Property**, the introductory statement of paragraph **C. Loss Settlement**, item **1.** is deleted and replaced by the following:

**1.** The applicable limit of liability for Buildings under Coverage **A** or **B** is the replacement cost, not including items listed in **2.** and **5.** below, after application of deductible and without deduction for depreciation, subject to the following:

For forms **HO 00 03** only, in **Special Provisions**, **FMHO 6100TX**, under paragraph **C. Loss Settlement**, item **2.d.** is deleted and replaced by the following:

**d. WINDSTORM OR HAIL ROOF SURFACING LOSS PERCENTAGE**

"Roof surfacing" losses caused by the peril of windstorm or hail will be paid at the percentage shown in the **Roof Surfacing Loss Percentage Table** below.

The percentage is determined by the age and type of "roof surfacing".

**ROOF SURFACING LOSS PERCENTAGE TABLE**

| Age | Composition | Metal | Other | Slate | Tile | Wood |
|---|---|---|---|---|---|---|
| 0 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 1 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 2 | 94.0% | 97.3% | 93.8% | 97.3% | 96.0% | 95.0% |
| 3 | 91.0% | 96.0% | 90.7% | 96.0% | 94.0% | 92.5% |
| 4 | 88.0% | 94.7% | 87.6% | 94.7% | 92.0% | 90.0% |
| 5 | 85.0% | 93.4% | 84.5% | 93.4% | 90.0% | 87.5% |
| 6 | 82.0% | 92.0% | 81.4% | 92.0% | 88.0% | 85.0% |
| 7 | 79.0% | 90.7% | 78.3% | 90.7% | 86.0% | 82.5% |
| 8 | 76.0% | 89.4% | 75.2% | 89.4% | 84.0% | 80.0% |
| 9 | 73.0% | 88.0% | 72.1% | 88.0% | 82.0% | 77.5% |
| 10 | 70.0% | 86.7% | 69.1% | 86.7% | 80.0% | 75.0% |

Liberty Mutual INSURANCE

| | | | | | | |
|---|---|---|---|---|---|---|
| **11** | 67.0% | 85.4% | 66.0% | 85.4% | 78.0% | 72.5% |
| **12** | 64.0% | 84.0% | 62.9% | 84.0% | 76.0% | 70.0% |
| **13** | 61.0% | 82.7% | 59.8% | 82.7% | 74.0% | 67.5% |
| **14** | 58.0% | 81.4% | 56.7% | 81.4% | 72.0% | 65.0% |
| **15** | 55.0% | 80.1% | 53.6% | 80.1% | 70.0% | 62.5% |
| **16** | 52.0% | 78.7% | 50.5% | 78.7% | 68.0% | 60.0% |
| **17** | 49.0% | 77.4% | 47.4% | 77.4% | 66.0% | 57.5% |
| **18** | 46.0% | 76.1% | 44.3% | 76.1% | 64.0% | 55.0% |
| **19** | 43.0% | 74.7% | 41.2% | 74.7% | 62.0% | 52.5% |
| **20** | 40.0% | 73.4% | 38.1% | 73.4% | 60.0% | 50.0% |
| **21** | 37.0% | 72.1% | 35.0% | 72.1% | 58.0% | 47.5% |
| **22** | 34.0% | 70.7% | 31.9% | 70.7% | 56.0% | 45.0% |
| **23** | 31.0% | 69.4% | 28.8% | 69.4% | 54.0% | 42.5% |
| **24** | 28.0% | 68.1% | 25.7% | 68.1% | 52.0% | 40.0% |
| **25** | 25.0% | 66.8% | 25.0% | 66.8% | 50.0% | 37.5% |
| **26** | 25.0% | 65.4% | 25.0% | 65.4% | 48.0% | 35.0% |
| **27** | 25.0% | 64.1% | 25.0% | 64.1% | 46.0% | 32.5% |
| **28** | 25.0% | 62.8% | 25.0% | 62.8% | 44.0% | 30.0% |
| **29** | 25.0% | 61.4% | 25.0% | 61.4% | 42.0% | 27.5% |
| **30 or More** | 25.0% | 60.1% | 25.0% | 60.1% | 40.0% | 25.0% |

For "roof surfacing" losses adjusted at ages 0 - 1 in the Roof Surfacing Loss Percentage table, all provisions under paragraph **C. Loss Settlement**, items **2.a.**, **2.b.**, **2.c.** and **2.e.** apply.

For the **Homeprotector Plus Endorsement**, **FMHO 3153**, under **C. Replacement Cost Provision - Dwelling and Personal Property**, the following is added:

5. **WINDSTORM OR HAIL ROOF SURFACING LOSS PERCENTAGE**

   "Roof surfacing" losses caused by the peril of windstorm or hail will be paid at the percentage shown in the **Roof Surfacing Loss Percentage Table** below.

   The percentage is determined by the age and type of "roof surfacing".

Liberty Mutual. INSURANCE

**ROOF SURFACING LOSS PERCENTAGE TABLE**

| Age | Composition | Metal | Other | Slate | Tile | Wood |
|---|---|---|---|---|---|---|
| 0 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 1 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 2 | 94.0% | 97.3% | 93.8% | 97.3% | 96.0% | 95.0% |
| 3 | 91.0% | 96.0% | 90.7% | 96.0% | 94.0% | 92.5% |
| 4 | 88.0% | 94.7% | 87.6% | 94.7% | 92.0% | 90.0% |
| 5 | 85.0% | 93.4% | 84.5% | 93.4% | 90.0% | 87.5% |
| 6 | 82.0% | 92.0% | 81.4% | 92.0% | 88.0% | 85.0% |
| 7 | 79.0% | 90.7% | 78.3% | 90.7% | 86.0% | 82.5% |
| 8 | 76.0% | 89.4% | 75.2% | 89.4% | 84.0% | 80.0% |
| 9 | 73.0% | 88.0% | 72.1% | 88.0% | 82.0% | 77.5% |
| 10 | 70.0% | 86.7% | 69.1% | 86.7% | 80.0% | 75.0% |
| 11 | 67.0% | 85.4% | 66.0% | 85.4% | 78.0% | 72.5% |
| 12 | 64.0% | 84.0% | 62.9% | 84.0% | 76.0% | 70.0% |
| 13 | 61.0% | 82.7% | 59.8% | 82.7% | 74.0% | 67.5% |
| 14 | 58.0% | 81.4% | 56.7% | 81.4% | 72.0% | 65.0% |
| 15 | 55.0% | 80.1% | 53.6% | 80.1% | 70.0% | 62.5% |
| 16 | 52.0% | 78.7% | 50.5% | 78.7% | 68.0% | 60.0% |
| 17 | 49.0% | 77.4% | 47.4% | 77.4% | 66.0% | 57.5% |
| 18 | 46.0% | 76.1% | 44.3% | 76.1% | 64.0% | 55.0% |
| 19 | 43.0% | 74.7% | 41.2% | 74.7% | 62.0% | 52.5% |
| 20 | 40.0% | 73.4% | 38.1% | 73.4% | 60.0% | 50.0% |
| 21 | 37.0% | 72.1% | 35.0% | 72.1% | 58.0% | 47.5% |
| 22 | 34.0% | 70.7% | 31.9% | 70.7% | 56.0% | 45.0% |
| 23 | 31.0% | 69.4% | 28.8% | 69.4% | 54.0% | 42.5% |

Liberty Mutual INSURANCE

| | | | | | | |
|---|---|---|---|---|---|---|
| **24** | 28.0% | 68.1% | 25.7% | 68.1% | 52.0% | 40.0% |
| **25** | 25.0% | 66.8% | 25.0% | 66.8% | 50.0% | 37.5% |
| **26** | 25.0% | 65.4% | 25.0% | 65.4% | 48.0% | 35.0% |
| **27** | 25.0% | 64.1% | 25.0% | 64.1% | 46.0% | 32.5% |
| **28** | 25.0% | 62.8% | 25.0% | 62.8% | 44.0% | 30.0% |
| **29** | 25.0% | 61.4% | 25.0% | 61.4% | 42.0% | 27.5% |
| **30 or More** | 25.0% | 60.1% | 25.0% | 60.1% | 40.0% | 25.0% |

For "roof surfacing" losses adjusted at ages 0 - 1 in the Roof Surfacing Loss Percentage table, all provisions under paragraph **C. Loss Settlement**, items **C.1.a.**, **C.1.b.**, and **C.4.** apply.

All other provisions, including all applicable deductibles shown on the Declarations, apply.

Liberty Mutual INSURANCE

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WINDSTORM OR HAIL DEDUCTIBLE—DWELLING

**The following special Deductible is added to the policy:**

For the premium charged, we will pay only that part of the total of covered direct physical loss to property covered under Section I of this policy caused by Windstorm or Hail that exceeds the Windstorm or Hail Deductible as shown on the Declarations as follows:

**A. When this Windstorm or Hail Deductible Applies**

This Deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by the perils of Windstorm or Hail.

If this policy includes a Named Storm Deductible endorsement that is applicable to a loss, this Windstorm or Hail Deductible endorsement will not apply to that loss.

**B. How the Windstorm or Hail Deductible Amount is Determined**

The Windstorm Deductible may be either a fixed dollar amount or percentage based, but not both. If percentage based, the amount of the applicable Windstorm or Hail Deductible shall be determined by multiplying the Coverage A limit of liability as shown in the Declarations by the Windstorm or Hail Deductible Percentage amount as shown on the Declarations.

**For Example,** *if your Windstorm or Hail Deductible is 2%, and your Coverage A limit of liability is $100,000, the dollar amount of your Windstorm or Hail Deductible is $2,000.*

If no Windstorm or Hail Deductible Percentage is shown on the Declarations, the amount of the applicable Windstorm or Hail Deductible shall be the dollar amount for the Windstorm or Hail Deductible as shown on the Declarations.

**C. Other Deductibles**

If the Windstorm or Hail Deductible amount under this endorsement is less than the base policy Section I Deductible as shown on the Declarations, the base policy Section I Deductible shall apply.

This endorsement does not provide additional insurance. All other provisions of this policy apply.

Liberty Mutual INSURANCE

# NAMED STORM DEDUCTIBLE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**A. Definitions**

The following definitions are added for the purposes of the deductible provided by this endorsement only:

**1.** "National Weather Service" means the National Weather Service including any of its offices, centers or agencies (including but not limited to the National Hurricane Center) or, if the National Weather Service ceases to exist or ceases to perform the function of issuing formal names for "Named Storms" or issuing "Named Storm" advisory, watch or warnings, any such other entity as may replace it.

**2.** "Named Storm" means a weather-related event involving wind, including hurricanes, tropical depressions and tropical storms or wind related weather disturbances, as well as the wind, wind gusts, hail, rain, lightning, snow or sleet, tornadoes, cyclones or any other weather conditions caused by or resulting from the storm system, that has been assigned a formal name by the National Weather Service.

**3.** "Duration of a 'Named Storm'" means the following time period:

**a.** Beginning at the time a "Named Storm" advisory, watch or warning is issued by the "National Weather Service" for any part of the state in which the residence premises are located;

and

**b.** Ending 24 hours after the termination of the last "Named Storm" watch or warning for any part of the state by the "National Weather Service"

**B. Named Storm Deductible**

We will pay only that part of the total of all covered losses payable under Section **I** - Property Coverages resulting from a named storm that exceeds the Named Storm Deductible as stated on the Declarations, as follows:

1. **When this Named Storm Deductible Applies:** The Named Storm Deductible applies to the total of all covered losses occurring within the "Duration of a 'Named Storm'" and caused directly or indirectly by a "Named Storm." This Named Storm Deductible shall apply separately to each "Named Storm."
2. **How the Named Storm Deductible Amount is Determined:** The amount of the applicable Named Storm Deductible shall be determined by multiplying the Coverage A limit of liability as shown in the Declarations by the Named Storm Deductible Percentage amount shown on the Declarations.

   If no Named Storm Deductible Percentage is shown on the Declarations, the amount of the applicable Named Storm Deductible shall be the dollar amount shown on the Declarations for Named Storm Deductible.
3. **Other Deductibles.** If the Named Storm Deductible amount under this endorsement is less than the base policy deductible as shown on the Declarations, the base policy deductible shall apply.

This endorsement does not provide additional coverage. All other provisions of this policy apply.

Liberty Mutual INSURANCE

# INFLATION PROTECTION ENDORSEMENT

It is agreed that the limits of liability for:

Coverage A, Dwelling;

Coverage B, Structure;

Coverage C, Personal Property;

and Coverage D, Loss of Use,

shall be raised by the rate of increase in the latest available information on residential building cost inflation.

**METHOD**

To find the limits of liability on a given date, the Index Level the Company assigns to that date will be divided by the Index Level for the effective date of this Endorsement. This Factor is then multiplied by the limit for Coverages A, B, C and D separately.

If during this policy's term the Coverage A limit is changed at the insured's request, the effective date of this Endorsement is amended to the effective date of such change.

This Endorsement shall not reduce the limits of liability to less than the amount shown on:

a. The policy; or

b. The most recent Homeowners Policy Renewal Declaration.

This Endorsement must be attached to Change Endorsement when issued after the policy is written.

Liberty Mutual INSURANCE

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

# NO SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS LIMITED SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

**HOMEOWNERS**
**HO 04 96 10 00**

**A.** "Business", as defined in the policy, means:

**1.** A trade, profession or occupation engaged in on a full-time, part-time, or occasional basis; or

**2.** Any other activity engaged in for money or other compensation, except the following:

**a.** One or more activities:

**(1)** Not described in **b.** through **d.** below; and

**(2)** For which no "insured" receives more than $2000 in total compensation for the 12 months before the beginning of the policy period;

**b.** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**c.** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**d.** The rendering of home day care services to a relative of an "insured".

**B.** If an "insured" regularly provides home day care services to a person or persons other than "insureds" as their trade, profession or occupation, that service is a "business".

**C.** If home day care service is not a given "insured's" trade, profession or occupation but is an activity:

**1.** That an "insured" engages in for money or other compensation; and

**2.** From which an "insured" receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period;

the home day care service and other activity will be considered a "business".

**D.** With respect to **C.** above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

**1.** Described in **A.2.** above, and

**2.** Engaged in for money by a single "insured";

may be considered a "business" if the $2000 threshold is exceeded.

**E.** With respect to **A.** through **D.** above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this policy:

**1.** Does not provide:

**a.** Section **II** coverages. This is because a "business" of an "insured" is excluded under **E.2.** of Section **II** - Exclusions;

**b.** Coverage, under Section **I**, for other structures from which any "business" is conducted; and

**2.** Limits Section **I** coverage, under Coverage **C** - Special Limits of Liability, for "business" property:

**a.** On the "residence premises" for the home day care "business" to $2,500. This is because Category **h.** (**e.** in Form **HO 00 08**) imposes that limit on "business" property on the "residence premises";

**b.** Away from the "residence premises" for the home day care "business" to $500. This is because Category **i.** (**f.** in Form **HO 00 08**) imposes that limit on "business" property away from the "residence premises". Category **i.** does not apply to property described in Categories **j.** and **k.** (**g.** and **h.** respectively in Form **HO 00 08**).

 Copyright, Insurance Services Office, Inc., 1999 

EXHIBIT A-1

Ponnadurai_Liberty 000054

Liberty Mutual INSURANCE

## WAIVER OF DEDUCTIBLE - THEFT FROM RESIDENCE PREMISES - TEXAS

**With the installation of a functioning and professionally-monitored theft alarm system that is maintained in good working order, we will waive the deductible that applies for direct physical loss to the property described under Coverages A, B, and C as a result of theft, including attempted theft, from that portion of the "residence premises" protected by the alarm system.**

**The waiver of deductible will not apply if:**

a. **The alarm system has not been activated, or the service has been discontinued;**

b. **The theft loss occurs off the "residence premises"; or**

c. **The theft loss occurs from a portion of the "residence premises" not protected by the alarm system.**

**All other provisions of this policy apply.**

Liberty Mutual. INSURANCE

## ARSON REWARD

The following Additional Coverage is added to SECTION I - PROPERTY COVERAGES, Additional Coverages:

**Arson Reward.** We will pay up to $5,000 for information which leads to an arson conviction in connection with a fire loss covered by this policy. Regardless of the number of persons providing information, our limit shall not be increased. This $5,000 limit is in addition to the limit of liability applicable to the damaged or destroyed property.