Liberty Mutual. INSURANCE

March 09, 2021

Ganesh Ponnadurai
Punita K Ponnadurai
22514 Crescent Cove Ct
Katy, TX 77494-8217

Claim Number: 044782174-01
Date of Incident: 2/16/2021

Dear Mr. & Mrs. Ponnadurai,

We are writing you to follow up on your recent property claim. Please know that our evaluation is complete and we've calculated the amount of coverage available under your policy.

The amount is based on a thorough review of the damages, the facts of the incident to date, and the cost of the repairs. If you haven't received a copy of the detailed damage estimate, please let me know and I'll send it to you.

**How Your Payment Was Calculated**
Before you begin repairs, we want to explain how we calculated your payment. Below is a breakdown of the replacement cost value of your property:

| | | |
|---|---|---|
| $ | 18,660.16 | Dwelling |
| $ | 4,520.34 | Additional Living Expenses |
| $ | 23,180.50 | CLAIM TOTAL (prior to the following adjustments, as applicable) |
| $ | (9,736.73) | Less applicable recoverable depreciation |
| $ | (528.37) | Less Paid When Incurred (PWI) |
| $ | (4,350.00) | Less applicable deductible |
| $ | 8,565.40 | Amount paid to you |

CONTACT US

**By phone**
Tel:
(866) 542-2287
Fax: (866) 550-8777

**By E-mail**
CCU@libertymutual.com

**Liberty Insurance Corporation**
Mailing Address:
P.O. Box 515097
Los Angeles, CA 90051-5097
Office: (866) 823-9636
Fax: (866) 823-9639

**Visit us online**
LibertyMutual.com

**About Claims Process**
Libertymutual.com/claims-center/home-insurance-claims

In some instances, additional damage connected to a claim may not have been readily apparent and was therefore not included in the initial estimate. If such damage should occur, please call me before the work begins, as all additional work must be pre-approved by Liberty Mutual and may require an inspection of the damage.

For your convenience we have outlined the remaining steps in the claims process below:

**Depreciation**

Liberty Mutual. INSURANCE

If non-recoverable depreciation has been applied to a portion of your loss, your policy requires that property of this type be settled at actual cash value (depreciation applied).
If recoverable depreciation has been applied, your policy allows for reimbursement for those depreciated items not exceeding the total amount it cost to repair or replace. Once the repairs are completed or the items have been replaced, please submit your receipt(s) to Liberty Mutual for review.

The following conditions are required prior to reimbursement of recoverable depreciation:

1. The structure must be repaired or property must be replaced
2. You must have documentation to support that you have paid for the repairs or replacement of property.
3. You must make claim for recoverable depreciation within 6 months of the later:
   a) The last date you received a payment for actual cash value; or
   b) The date of entry of a final order of a court of competent jurisdiction declaring your right to replacement cost.

   (Certain Policy Forms and Endorsements may amend the general terms and conditions for claiming recoverable depreciation. For a complete explanation, please refer to your policy or ask your Claims Representative.)

**Requesting Recoverable Depreciation**

Once the repairs are completed or the items have been replaced, please submit paid bills, receipts and/or cancelled checks for the repairs or replacement, including claim number, to the mailing address or fax number listed above. Documents can also be submitted online at www.libertymutual.com. We will then consider payment of the difference between your incurred repair or replacement cost and the actual cash value of the loss. A reinspection of the repairs may be required.

When submitting receipts for the replacement of personal property, please indicate on the receipt the corresponding item number from the personal property worksheet.