| | |
|---|---|
| Claimant | GANESH PONNADURAI |
| Insured | GANESH PONNADURAI |
| Claim | 044782174 |
| Date of Loss | Tue Feb 16 00:01:00 EST 2021 |

Reserve (1) 1st Party Dwelling - GANESH PONNADURAI - Building and Dwelling - Non-Medical Loss

| Payee | Check # | Issued Date | Billed Amount | Adjustment Amount | Adjustment Code | Deductible | Withholding Amount | Amount Paid | EOP Note | Check Status |
|---|---|---|---|---|---|---|---|---|---|---|
| D.C. Hogan and Associates INC. & GANESH PONNADURAI & PUNITA PONNADURAI | 55810358 | 06/03/2022 | $11,752.86 | - | | - | - | $11,752.86 | 1 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 04771437 | 03/04/2022 | $35,000.00 | - | | - | - | $35,000.00 | 6 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 53312092 | 07/15/2021 | $65,881.53 | - | | - | - | $65,881.53 | 5 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 03300907 | 05/28/2021 | $1,283.25 | - | | - | - | $1,283.25 | 4 | Cleared |
| PAUL DAVIS RESTORATION, INC. | 03272938 | 05/21/2021 | $24,662.78 | ($217.68) | A | - | - | $24,445.10 | | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 03058469 | 04/13/2021 | $16,236.23 | - | | - | - | $16,236.23 | 2 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 02862723 | 03/09/2021 | $18,131.79 | ($9,736.73) | B | ($4,350.00) | - | $4,045.06 | 3 | Cleared |
| PAUL DAVIS RESTORATION, INC. | 02858920 | 03/08/2021 | $468.96 | - | | - | - | $468.96 | | Cleared |

PONNADURAI_LIBERTY 000123



EXHIBIT A-3

| Payee | Check # | Issued Date | Billed Amount | Adjustment Amount | Adjustment Code | Deductible | Withholding Amount | Amount Paid | EOP Note | Check Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | ($4,350.00) | | $159,112.99 | | |

| EOP Note |
|---|
| 1 This payment reflects the recoverable depreciation amount after replacement of your damaged property., Thank you for insuring with Liberty Mutual. |
| 2 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual., This supplemental payment reflects the revised estimated cost of repairs after consideration of the prior payment. |
| 3 ALE reimbursement for hotel 2/18 thru 3/6 and pet boarding 2/18 thru 3/8., This payment reflects the estimated cost of repairs after consideration of recoverable depreciation and your policy deductible., If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual. |
| 4 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual., This supplemental payment reflects the revised estimated cost of repairs after consideration of the prior payment., This payment reflects the recoverable depreciation amount after replacement of your damaged property. |
| 5 This supplemental payment reflects the revised estimated cost of repairs after consideration of the prior payment., Thank you for insuring with Liberty Mutual. |
| 6 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual., This payment reflects the recoverable depreciation amount after replacement of your damaged property. |

| Adjustment Code |
|---|
| A 17- Payment for Emergency Mitigation Service |
| B 16-Adjusted for depreciation |

[redacted]

| EOP Note |
|---|

PONNADURAI_LIBERTY 000124



EXHIBIT A-3

1 Invoice #:INV274793

2 Competitive bid invoice

Reserve (2) 1st Party Content - GANESH PONNADURAI - Personal Property Unscheduled - Non-Medical Loss

| Payee | Check # | Issued Date | Billed Amount | Adjustment Amount | Adjustment Code | Deductible | Withholding Amount | Amount Paid | EOP Note | Check Status |
|---|---|---|---|---|---|---|---|---|---|---|
| PAUL DAVIS RESTORATION, INC. | 04651665 | 02/10/2022 | $4,790.35 | - | | - | - | $4,790.35 | 1 | Cleared |
| PAUL DAVIS RESTORATION, INC. | 04477985 | 01/06/2022 | $1,818.73 | - | | - | - | $1,818.73 | 2 | Cleared |
| GANESH PONNADURAI | | 10/19/2021 | $4,769.96 | ($4,214.42) | C | - | - | $555.54 | 5 | Cleared |
| PAUL DAVIS RESTORATION, INC. | 04053773 | 10/16/2021 | $18,143.98 | - | | - | - | $18,143.98 | 6 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 03958485 | 10/02/2021 | $4,006.07 | ($1,663.50) | B | - | - | $2,342.57 | 4 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 02862723 | 03/09/2021 | - | - | A | - | - | - | 3 | Cleared |
| Total | | | | | | - | | $27,651.17 | | |

EOP Note

1 Payment for remaining funds on the pack back., Thank you for insuring with Liberty Mutual.

2 This payment reflects the services performed on the enclosed referenced claim.

3 ALE reimbursement for hotel 2/18 thru 3/6 and pet boarding 2/18 thru 3/8., This payment reflects the estimated cost of repairs after consideration of recoverable depreciation and your policy deductible., If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual.

4 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Payment less recoverable depreciation.

5 This supplemental payment reflects the revised estimated cost of repairs after consideration of the prior payment.

6 supplemental pack out

PONNADURAI_LIBERTY 000125



EXHIBIT A-3

| Adjustment Code |
| --- |
| A 16-Adjusted for depreciation |
| B 16-Adjusted for depreciation |
| C 16-Adjusted for depreciation, 12-Offset for amount previously paid |

[redacted]

| EOP Note |
| --- |
| 1 Invoice #:686450 |

Reserve (3) 1st Party Living Expenses - GANESH PONNADURAI - Loss of Use - Non-Medical Loss

| Payee | Check # | Issued Date | Billed Amount | Adjustment Amount | Adjustment Code | Deductible | Withholding Amount | Amount Paid | EOP Note | Check Status |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GANESH PONNADURAI & PUNITA PONNADURAI | 04385687 | 12/22/2021 | $1,203.99 | - | | - | - | $1,203.99 | 3 | Cleared |
| ALE SOLUTIONS INC | 54419770 | 12/04/2021 | $5,070.00 | - | | - | - | $5,070.00 | 14 | Cleared |
| GANESH PONNADURAI | | 10/11/2021 | $5,683.13 | - | | - | - | $5,683.13 | 6 | Cleared |
| ALE SOLUTIONS INC | 53804854 | 09/17/2021 | $5,084.00 | - | | - | - | $5,084.00 | 10 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 03832227 | 09/03/2021 | $5,872.56 | - | | - | - | $5,872.56 | 1 | Cleared |

PONNADURAI_LIBERTY 000126



EXHIBIT A-3

| Payee | Check # | Issued Date | Billed Amount | Adjustment Amount | Adjustment Code | Deductible | Withholding Amount | Amount Paid | EOP Note | Check Status |
|---|---|---|---|---|---|---|---|---|---|---|
| ALE SOLUTIONS INC | 53568227 | 08/18/2021 | $4,920.00 | - | | - | - | $4,920.00 | 13 | Cleared |
| GANESH PONNADURAI | | 08/03/2021 | $5,872.56 | - | | - | - | $5,872.56 | 8 | Cleared |
| ALE SOLUTIONS INC | 53351933 | 07/21/2021 | $5,084.00 | - | | - | - | $5,084.00 | 7 | Cleared |
| GANESH PONNADURAI | | 07/02/2021 | $5,683.13 | - | | - | - | $5,683.13 | 9 | Cleared |
| GANESH PONNADURAI | | 06/25/2021 | $7,064.58 | - | | - | - | $7,064.58 | 15 | Cleared |
| ALE SOLUTIONS INC | 53121092 | 06/18/2021 | $11,178.00 | - | | - | - | $11,178.00 | 11 | Cleared |
| ALE SOLUTIONS INC | 53100604 | 06/16/2021 | $5,084.00 | - | | - | - | $5,084.00 | 2 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 03300907 | 05/28/2021 | $11,241.48 | - | | - | - | $11,241.48 | 5 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 03058469 | 04/13/2021 | $3,699.23 | - | | - | - | $3,699.23 | 12 | Cleared |
| GANESH PONNADURAI & PUNITA PONNADURAI | 02862723 | 03/09/2021 | $4,520.34 | - | A | - | - | $4,520.34 | 4 | Cleared |
| Total | | | | | | - | | $87,261.00 | | |

EOP Note

1 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Fido's Home August invoice

2 For housing Invoice 315904B-L 06/1/21 - 06/30/21

3 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Pet boarding payment of remaining limit on policy.

PONNADURAI_LIBERTY 000127



EXHIBIT A-3

4 ALE reimbursement for hotel 2/18 thru 3/6 and pet boarding 2/18 thru 3/8., This payment reflects the estimated cost of repairs after consideration of recoverable depreciation and your policy deductible., If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual.

5 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual., This supplemental payment reflects the revised estimated cost of repairs after consideration of the prior payment., This payment reflects the recoverable depreciation amount after replacement of your damaged property.

6 September Dog Boarding

7 Invoice: 315904C-L, 8/1/21-8/31/21

8 July Dog Boarding

9 June dog boarding with Fido's Home Pet

10 Housing for 1st Oct - 31st 2021, Thank you for insuring with Liberty Mutual.

11 Invoices: 315904A-L, 2941225-H

12 If this Bank Account is incorrect, you are not the Owner for this Bank Account, or you no longer wish to receive payments via Direct Deposit, please contact us. Please contact your financial institution to confirm the deposit., Thank you for insuring with Liberty Mutual., This supplemental payment reflects the revised estimated cost of repairs after consideration of the prior payment.

13 Housing payment for 09/01/2021 - 09/30/2021

14 November invoice 315904 F&G-L

15 May dog boarding and hotel payment for March missing date.

Adjustment Code

A 16-Adjusted for depreciation

[redacted]

PONNADURAI_LIBERTY 000128

EOP Note

1 This payment reflects the services performed on the enclosed referenced claim.

| | | |
|---|---|---|
| Grand Total | ($4,350.00) | $275,331.96 |



EXHIBIT A-3