**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER GRANTING DEFENDANT LIBERTY INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

On this day the Court considered Defendant Liberty Insurance Corporation's Motion for Summary Judgment. Upon consideration of said Motion and any response thereto, this Court is of the opinion that the Motion is well-taken and should be in all respects GRANTED.

It is therefore, ORDERED that Defendant Liberty Insurance Corporation's Motion for Summary Judgment is hereby GRANTED. Accordingly, Plaintiffs' causes of action against Defendant as to Plaintiffs' claims for :

______ The Motion is GRANTED in its Entirety and all of Plaintiffs' claims are hereby dismissed with prejudice,

______Violations of the Texas Insurance Code: Unfair Settlement Practices is hereby GRANTED and are hereby dismissed with prejudice,

______Violations of the Texas Insurance Code: Prompt Payment of Claims is hereby GRANTED and are hereby dismissed with prejudice,

______Breach of the Duty of Good Faith and Fair Dealing is hereby GRANTED and are hereby dismissed with prejudice,

______Violations of the Texas Deceptive Trade Practices Act, Unfair Insurance Practices, is hereby GRANTED are hereby dismissed with prejudice.

SIGNED this ___ day of ___________________, 2024.

_____________________________________
United States District Court Judge