IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PUNITA K. AND GANESH PONNADURAI, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-01545 |
| | § | (JURY) |
| LIBERTY INSURANCE CORPORATION, | § | |
| | § | |
| *Defendant,* | § | |

**ORDER ON LIBERTY INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Came on for consideration Defendant Liberty Insurance Corporation's Motion for Summary Judgment and the Court, having considered the Motion, evidence, and Response of counsel thereto, is of the opinion that Liberty's Motion should be DENIED.

It is therefore ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Summary Judgment is hereby DENIED.

IT IS SO ORDERED.

SIGNED this _____ day of ___________________, 2024.

___________________________________
UNITED STATES DISTRICT JUDGE