**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant*.** | § | |

**DEFENDANT LIBERTY INSURANCE CORPORATION'S OPPOSED MOTION FOR LEAVE TO AMEND ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Liberty Insurance Corporation ("Liberty" or "Defendant") files its *Opposed Motion for Leave to Amend its Summary Judgment* (the "Motion").

1. Defendant requests leave of Court to amend its summary judgment evidence and introduce the declaration of Nicolas Lenoir in support of Exhibits A1, A2 & A3 attached to Defendant's underlying Motion for Summary Judgment. *See* **Exhibit A**. Plaintiffs objected to the declaration of Kolby Keller, attorney of record for Defendant, and implied Mr. Keller had committed perjury. [Doc. 12 at ¶7]. Mr. Keller admits Plaintiffs correctly pointed out an error in Paragraph 4. However, Mr. Keller has attached an additional declaration to this Motion for Leave stating the error was unintentional. *See* **Exhibit B**.

2. Federal Rule of Civil Procedure 56(e)(1) provides that if a party fails to properly support an assertion of fact, the Court may "give an opportunity to properly support or address the fact." Given the fact, Plaintiffs have implied Mr. Keller has committed perjury, Defendant should be allowed to address Plaintiffs' assertions and cure the issues identified by Plaintiffs in their Response. Mr. Keller should also be allowed to address the serious allegations alleged against him.

3. The declaration of Mr. Lenoir will support the Exhibits contained in Defendant's Motion for Summary Judgment without changing Defendant's arguments. Additionally, Defendant's amendment to the underlying Motion will not change the language or other evidence contained in the underlying motion. Furthermore, the amendment will not result in prejudice to Plaintiffs because Plaintiffs referenced all three exhibits in their response and base their arguments as if the exhibits were admissible.

4. Defendant respectfully requests that the Court grant this Motion for Leave to Amend Summary Judgment and allow Exhibit A attached hereto to function as Exhibit A in its underlying Motion for Summary Judgment [Doc 11].

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: */s/ J. Mark Kressenberg*

**J. Mark Kressenberg**
State Bar No. 11725900
Email: Mkressenberg@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

**Kolby J. Keller**
State Bar No.:24119382
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, a true and correct copy of the foregoing has been served on Plaintiff's counsel in accordance with the Texas Rules of Civil Procedure:

*/s/ J. Mark Kressenberg*
**J. Mark Kressenberg**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 28, 2024, I Kolby J. Keller emailed Jay Simon, counsel for Plaintiffs regarding this Motion. Mr. Simon responded, on the same day, stating he could not agree to this Motion. Therefore, this Motion is being presented as opposed.

*/s/ Kolby J. Keller*
Kolby J. Keller