**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

**DELCARATION OF NICHOLAS LENOIR**

**1.** I, Nicolas Lenoir, declare and state as follows, in accordance with section 28 U.S.C. § 1746.

**2.** I am an employee of Liberty Mutual Insurance Company ("Liberty"). I have the authority to and have been authorized to make this Declaration on behalf of Liberty. I am of sound mind, over the age of 18 years, have never been convicted of a felony or crime of moral turpitude and am competent to make this Declaration. Further this Declaration is true and correct based on my personal knowledge of the matters set forth herein.

**3.** The attached are records from the claim file for the claim reported by Punita Ponnadurai and Ganesh Ponnadurai bearing claim number 044782174 which is the subject of this lawsuit. Exhibits A1, A2 & A3 attached to this Declaration, are reproductions of the originals or exact duplicates of the originals and were kept by Liberty in the regular course of its business activities and it was a regular part of Liberty's business activities for employees or representatives acting for or on behalf of Liberty with knowledge of the acts or events recorded to make such records. The records were either made by, or from information transmitted by, persons with

knowledge of the events or conditions recorded therein, and the entries were made at or near the time of the events and conditions recorded.

**4.** My name is Nicholas Lenoir. My date of birth is 10 April, 1975 and my address is 2520 Research Forest Dr., Suite 120, The Woodlands, Texas 77381, United States. I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Montgomery County, State of Texas on 28th February, 2024.

Nicholas Lenoir