**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

**DECLARATION OF KOLBY J. KELLER**

**1.** I, Kolby J. Keller declare, and state as follows, in accordance with section 28 U.S.C. § 1746.

**2.** I am a counsel of record for Liberty Insurance Corporation ("Liberty"). I previously filed a declaration attached to Defendant's Motion for Summary Judgment labeled Exhibit A. [Doc. 11]. In response to Defendant's Motion, Plaintiffs, correctly pointed out an error I made in drafting the declaration. [Doc. 12]. The error contained in Paragraph 4 of Exhibit A was not made intentionally nor was it made to mislead the Court. The error was inadvertent, and I had no intention to include J. Mark Kressenberg's name in Paragraph 4. My intent was to include my name, Kolby J. Keller. Paragraph 4 properly contained my correct birthday and the business address for Thompson, Coe, Cousins & Irons, LLP where I signed the declaration.

**3.** Plaintiffs' Response also included statements that I had possibly committed perjury and deliberately lied to this Court. The allegations in Plaintiffs' response are serious and the purpose of this declaration is to address those allegations. I understand weight of the declaration

and I cannot deny the error contained in the previously filed declaration. However, I can affirm the remaining portions of the declaration are true and correct.

**4.** My name is Kolby J. Keller. My date of birth is August 14, 1994 and my address is 700 North Pearl Street, Floor 25, Dallas, Texas 75201, United States. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2024 in Dallas County, Texas.

Kolby J. Keller