**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant's Opposed Motion for Leave to Amend its Motion for Summary Judgment, the Court hereby **ORDERS** that the Motion is **GRANTED,** and the Clerk shall file Exhibit A attached to Defendant's Motion for Leave to Amend its Motion for Summary Judge as Exhibit A to Defendant's Motion for Summary Judgment and it be deemed timely filed as of ____________________________.

IT IS SO ORDERED this _____ day of ________________, 2024.

__________________________________
JUDGE PRESIDING