IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PUNITA K. AND GANESH PONNADURAI, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-01545 |
| | § | (JURY) |
| LIBERTY INSURANCE CORPORATION, | § | |
| | § | |
| *Defendant,* | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS MOTION SUMMARY JUDGMENT**

Came on for consideration Defendant Liberty Insurance Corporation's State Motion for Leave to Amend its Motion Summary Judgment and the Court, having considered the Motion, evidence, and Response of counsel thereto, is of the opinion that the Motion should be DENIED.

It is therefore ORDERED, ADJUDGED, AND DECREED that Liberty Insurance Corporation's State Motion for Leave to Amend its Motion Summary Judgment is hereby DENIED.

IT IS SO ORDERED.

SIGNED this _____ day of ___________________, 2024.

___________________________________
UNITED STATES DISTRICT JUDGE