**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant*.** | § | |

## NOTICE OF SETTLEMENT

Plaintiffs PUNITA K. and GANESH PONNADURAI and Defendant LIBERTY INSURANCE CORPORATION ("the Parties") file this written notice to the Court that the Parties have agreed to settle all matters in dispute with regard to lawsuit. The Parties are in the process of preparing and executing appropriate release and dismissal documents. It is anticipated that this process will take no longer than sixty (60) days. The parties will submit a joint stipulation of dismissal in this case as soon as the settlement and release documents are fully negotiated and executed.

***[SIGNATURE ON NEXT PAGE]***

Respectfully submitted,

**CHAD T. WILSON LAW FIRM PLLC**

*/s/ Jay Simon**
Chad T. Wilson
Southern Bar No. 2246983
Bar No. 24079587
Jay Scott Simon
Southern Bar No. 31422
Bar No. 24008040
455 East Medical Center Blvd.,
Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
**ATTORNEYS FOR PLAINTIFFS**
***with permission***

**AND**

*/s/ J. Mark Kressenberg*
**J. MARK KRESSENBERG**
State Bar No. 11725900
mkressenberg@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

**AND**

**KOLBY J. KELLER**
State Bar No.:24119382
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT**
**LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of March, 2024, a true and correct copy of the foregoing document was delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Chad T. Wilson
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432
281-940-2137 – Fax
cwilson@cwilsonlaw.com

*/s/ Kolby J. Keller*
Kolby J. Keller