**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PUNITA K. AND GANESH PONNADURAI,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-01545** |
| **V.** | § | **JURY** |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| ***Defendant*.** | § | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Ganesh Ponnadurai and Defendant Liberty Insurance Corporation ("Defendant") hereby stipulate to the voluntary dismissal with prejudice of Plaintiff Ganesh Ponnadurai, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 23rd day of April 2024.

Respectfully submitted,

**CHAD T. WILSON LAW FIRM PLLC**

*<u>/s/ Jay Simon</u>**
Chad T. Wilson
Southern Bar No. 2246983
Bar No. 24079587
Jay Scott Simon
Southern Bar No. 31422
Bar No. 24008040
455 East Medical Center Blvd.,
Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
**ATTORNEYS FOR PLAINTIFFS**
***with permission**

**AND**

*/s/ J. Mark Kressenberg*
**J. MARK KRESSENBERG**
State Bar No. 11725900
mkressenberg@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8379
Facsimile: (713) 403-8299

**AND**

**KOLBY J. KELLER**
State Bar No.:24119382
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT**
**LIBERTY INSURANCE CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, a true and correct copy of the foregoing has been served on Plaintiffs' counsel in accordance with the Texas Rules of Civil Procedure:

Chad T. Wilson
Jay Simon
CHAD T WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
cwilson@cwilsonlaw.com

*/s/ J. Mark Kressenberg*
**J. MARK KRESSENBERG**